## EXHIBIT A

**Corporate Organizational Chart**

# CORPORATE STRUCTURE





**TOISA LIMITED**
(owns 23 ships)

**100%** — **TRADE AND TRANSPORT INC.**

**100%** — **SEALION SHIPPING, LTD.** ∗
(Ship Manager)

**MMS (Ship Manager)** ∗

**100%** — **TRADE SKY, INC.**
(UNITED FORTITUDE)

**100%** — **UNITED AMBASSADOR, INC.**
(UNITED AMBASSADOR)

**100%** — **TRADE INDUSTRIAL DEVELOPMENT CORPORATION**
(UNITED GRACE)

**100%** — **EDGEWATER OFFSHORE SHIPPING, LTD.**
(TOISA INDEPENDENT)
(UK company)

**100%** — **UNITED BANNER, INC.**
(UNITED BANNER)

**100%** — **UNITED HONOR, INC.**
(UNITED HONOR)

**100%** — **UNITED DYNAMIC, INC.**
(UNITED DYNAMIC)

**100%** — **TOISA HORIZON, INC.**
(TOISA PISCES)
(Liberian company)

**100%** — **UNITED COURAGE, INC.**
(UNITED CARRIER)

**100%** — **Trade Will, INC.**
(Trade Will)

**100%** — **UNITED EMBLEM, INC.**
(UNITED EMBLEM)

**100%** — **SEALION do BRASIL NAVEGACAO LTDA.** ∗
(SEALION AMAZONIA)
(Brazilian company)

**100%** — **Trade Vision, INC.**
(Trade Vision)

**100%** — **United Leadership INC.**
(United Leadership)

**100%** — **United Journey, INC.**
(United Journey)

**100%** — **United Seas INC.**
(United Seas)

**100%** — **UNITED IDEAL, INC.**
(UNITED IDEAL)

**100%** — **SEALION do CORCOVADO NAVEGACAO LTDA.** ∗
(Brazilian company)

**100%** — **United Kalavryta, INC.**
(United Kalavryta)

**5 SPC's**
Trade Unity, Inc. (Trade Unity)
Trade Quest, Inc. (Trade Quest)
Trade Spirit, Inc. (Trade Spirit)
Trade Resource, Inc. (Trade Resource)
Trade Prosperity, Inc. (Trade Prosperity)

**∗ Denotes Non-Debtor Affiliates.**

# EXHIBIT B

## "FIRST-DAY" MOTIONS

<u>**EXHIBIT B**</u>


**"FIRST-DAY" MOTIONS**


**I.**    <u>**Motions for Final Approval**</u>


**1.**    **"Joint Administration Motion"**

Debtors' Motion for Order (I) Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of the Chapter 11 Cases and (II) Waiving Requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1005 and 2002(n).

**2.**    **"Consolidated Creditors List Motion"**

Debtors' Motion for Order Under 11 U.S.C. § 105(a) and 342(a), Fed. R. Bankr. P. 1007(d) and 2002, and Local Bankruptcy Rule 1007-1 (I) Waiving Certain Creditor List Filing Requirements;  (II) Authorizing the Filing of a Consolidated List of Top 30 Unsecured Creditors;  (III) Authorizing Debtors to Establish Procedures for Notifying Parties of the Commencement of These Cases, and (IV) Establishing Omnibus Hearing Dates.

**3.**    **"Schedules and Statements Motion"**

Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 521 (I) Granting Additional Time to File Schedules and Statements of Financial Affairs, (II) Authorizing Debtors to File Required Monthly Operating Reports on a Consolidating Basis, and (III) Establishing Certain Notice Procedures.

**4.**    **"Claims Agent Retention Application"**

Debtors Application for Order Authorizing Retention and Appointment of Kurtzman, Carson Consultants, LLC as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Bankruptcy Rule 5075-1.

**5.**    **"Enforcement of Automatic Stay Motion"**

Debtors' Motion for the Entry of an Order Under Sections 105(a), 362, 365 and 525 of the Bankruptcy Code Enforcing and Restating Automatic Stay, *Ipso Facto,* and Non-Discrimination Provisions.

## II.    Motions for Interim Approval

### 6.    "Cash Management Motion"

Debtors' Motion for Interim and Final Order (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms, (II) Waiving Investment and Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions.

# EXHIBIT C

**List of Creditors Holding 30 Largest Unsecured Claims**

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (on a consolidated basis)

The following is a list of those creditors holding the 30 largest unsecured claims against the Debtors, on a consolidated basis, as of January 29, 2017. This list has been prepared from the books and records of the Debtors, and in accordance with Bankruptcy Rule 1007(d), for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in section 101 of the Bankruptcy Code, (2) secured creditors or (3) claims held by the Debtors' employees.

In the ordinary course of business expenses relating to the Debtors' operations are typically paid by one of their three non-debtor management companies:  (1) Sealion Shipping, Ltd. ("Sealion"), (2) Marine Management Services ("MMS") or (3) Marine Management Bulker Services ("MBS"), which also provide operations, technical, chartering, crewing, project management, purchasing and logistics, and accounting services for the Debtors' offshore fleet.

The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtors and the failure to list a claim as contingent, disputed or subject to set off shall not be a waiver of any of the Debtors' rights relating thereto.

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

| # | CREDITOR NAME | CREDITOR ADDRESS | MGMT | NATURE OF DEBT | CONTINGENT, UNLIQUIDATED,DISPUTED OR SUBJECT TO SET OFF | AMOUNT* | CONTACT INFORMATION (Phone/Fax or E-Mail) |
|---|---|---|---|---|---|---|---|
| 1 | CHINA SHIPPING INDUSTRY (JIANGSU) CO, LTD | No.1 Yingzhou Rd, Jiangdu Develoment Zone along the Yangtze River City,Jiangsu Provice, P.R. China | | Contract Counterparty | | $    23,115,000.00 | **CONTACT INFORMATION (Phone/Fax or E-Mail)** |
| 2 | PRICE FORBES & PARTNERS LTD | 6th Floor,2 Minster  Court UK  EC3R 7PD | SEALION | Insurance | | $     1,153,036.01 | 02072048400  ChrisTaylor@priceforbes.com grahamfindlay@priceforbes.com   Chris Taylor Graham Findlay |
| 3 | BUNKERSFUELS | 60 Poseidonos AV., GLYFADA, Athens GR 166 75 Greece | MMS | Supplier | | $      679,924.68 | +30 210 8985920  margyrou@wfscorp.com M.Argyrou |
| 4 | MARSH (H+M) | 1 TOWER PLACE WEST, TOWER PLACE LONDON, UK | MMS / MMBS | Insurance | | $      254,616.74 | 0044 02073571000  SOANES CHARLOTTE charlotte.soanes@marsh.com |

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
*(on a consolidated basis)*

| # | CREDITOR NAME | CREDITOR ADDRESS | MGMT | NATURE OF DEBT | CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET OFF | AMOUNT* | CONTACT INFORMATION (Phone/Fax or E-Mail) |
|---|---|---|---|---|---|---|---|
| 5 | SEASCOPE INSURANCE | 57 Mansel Street London E1 8AN | MMS/MMBS | Insurance | | $ 214,083.11 | 020 7488 3288 020 7522 8888 FAX 02074814499 enquiries@seains.com Ann Langham |
| 6 | PREMAS AS | FJOSANGERVEIEN 50D OSLO, NORWAY | SEALION | Vendor | | $ 80,429.07 | 00 47 71391500 sales@premas.no & support@premas.no |
| 7 | AMERICAN BUREAU OF SHIPPING | Greek Repr: Navarinou Kallithea 17674 Athens Greece | MMS/MMBS | Vendor | | $ 72,389.90 | 30-210-9441112  dparikidis@eagle.org Dimitris Parikidis |
| 8 | STOCKBRIDGE SHIPBROKERS LIMITED | 14 Trafalgar Way Stockbridge UK SO 206ET | SEALION | Vendor | | $ 72,223.56 | 39 335 403802 info@stockbridge-shipbrokers.co.uk David Gaham |
| 9 | CARLSON WAGONLIT TRAVEL | MAPLE HOUSE HIGH STR. LONDON UK | SEALION | Supplier | | $ 59,652.31 | 00 4402033530320 |
| 10 | LLOYDS REGISTER EMEA SHARED SE | PO BOX 4229 ARLINGTON SQR HAMPSHIRE UK | SEALION | Vendor | | $ 50,948.75 | 00 44 02380525750   Nigel.Worsley@lr.org Charles.Haskel@lr.org |
| 11 | ANDRIATOUR ATHINAI EPE | Ermou 14 Athens GR10564 Greece | MMS/MMBS | Vendor | | $ 47,220.84 | +30 210 3246504 adriatour@ath.forthnet.gr Vasilis Sanoulis |

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
*(on a consolidated basis)*

| # | CREDITOR NAME | CREDITOR ADDRESS | MGMT | NATURE OF DEBT | CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET OFF | AMOUNT* | CONTACT INFORMATION (Phone/Fax or E-Mail) |
|---|---|---|---|---|---|---|---|
| 12 | SAN PEDRO HARBOR SHIP SUPPLY CO LTD | 426 West 4th Street, SAN PEDRO, CA 90731, USA | MMS/MMBS | Supplier | | $ 39,429.05 | 0013105471181 sanpedro@shipsupplygroup.com  George Christou |
| 13 | TTS OFFSHORE HANDLING EQUIPMENT | POSTBOKS 3577 FYLLINGDALLEN NORWAY | SEALION | Vendor | | $ 38,712.60 | tel 0047 55113005 fax 004738049301 Erik.Roed@ttsgroup.com |
| 14 | ELLINIKES RADIOYPIRESIES AE | SKOUZE 14 STR, PIRAEUS, 18536 GREECE | MMS/MMBS | Supplier | | $ 34,679.62 | 00302104184126  mobile@hrsmobile.gr  Mrs Maria Orfanidou |
| 15 | NORDIC MARITIME SERVICES | 6-42 VILIPA STR, RIGA, LV-1083, LATVIA | MMS/MMBS | Supplier | | $ 33,018.50 | 0037120507474 info@nordmarine.eu VADIMS BAZENOVS |
| 16 | GULF MARINE AND INDUSTRIAL SUPPLIES INC | 5501 Jefferson Highway, New Orleans, LA 70123 USA | MMS | Supplier | | $ 28,134.00 | 0015045256252 / 00302104174455 (greek reps)   Mrs KLADIA www.gulfmarine.net |
| 17 | ROLLS ROYCE MARINE BENELUX BV | WERFDIJK 2 PERNIS, NETHERLANDS | SEALION | Vendor | | $ 24,168.10 | 00 310104090920  Jon.Gutteridge@rolls-royce.com & keith.tyler@rolls-royce.com |
| 18 | IJIN MARINE LIMITED | 303, BLOCK B, NO 188, ZHANGYANG RD, SHANGHAI, CHINA | MMS | Supplier | | $ 23,951.13 | 00862151699732  ijinmarine@163.com Mr Lee |

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

*(on a consolidated basis)*

| # | CREDITOR NAME | CREDITOR ADDRESS | MGMT | NATURE OF DEBT | CONTINGENT, UNLIQUIDATED,DISPUTED OR SUBJECT TO SET OFF | AMOUNT* | CONTACT INFORMATION (Phone/Fax or E-Mail) |
|---|---|---|---|---|---|---|---|
| 19 | ST. JOHN'S PORT AUTHORITY | PO BOX 6178 , ST.JOHN'S CANADA A1C 5X8 | SEALION | Vendor | | $ 20,413.83 | tel 709 7384771  fax 709 7384784 email: info@sjpa.com |
| 20 | OCS HR AS | FJOSANGERVEIEN 50 OSLO, NORWAY | SEALION | Vendor | | $ 18,789.46 | tel 00 4755986300 fax 0049 55986311 |
| 21 | KONGSBERG MARITIME DO BRASIL SA | AV RIO BRANCO 173/16 ANDAR RIO DE JANEIRO, BRASIL | SEALION | Supplier | | $ 18,188.02 | tel +55 21 35250251  Marcos Silva    email: km.support.rio.merchant@km.kongsberg.co m |
| 22 | AFRITRAMP PARIS | TOUR BOLLORE 31-32 QUAI DE DION BOUTON, PARIS | SEALION | Vendor | | $ 17,581.90 | ALGA GODEFROY OUANDA, |
| 23 | LISCR LLC | 8619 WESTWOOD CENTER DRIVE SUITE 300 VIRGINIA | SEALION | Vendor | | $ 17,046.69 | 7037903434 7037905655 accounting@liscr.com |
| 24 | USG SERVICES LLC | 4760 PONTCHARTRAIN DRIVE SLIDELL  LUISIANNA | SEALION | Vendor | | $ 14,637.16 | 5048351212  5048351233  Allen Guthrie |
| 25 | VIDEOTEL MARINE INTERNATIONAL LTD | 84 NEWMAN STREET LONDON UK | MMS | Vendor | | $ 15,107.97 | 47 67584000  47 67584080 |

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
*(on a consolidated basis)*

| # | CREDITOR NAME | CREDITOR ADDRESS | MGMT | NATURE OF DEBT | CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET OFF | AMOUNT* | CONTACT INFORMATION (Phone/Fax or E-Mail) |
|---|---|---|---|---|---|---|---|
| 26 | WILHELMSEN SHIPS SERVICE AS | STRANDVN 20 LYSAKER NORWAY | SEALION | Supplier | | $ 12,871.70 | 47 67584000  47 67584080 |
| 27 | RENK AKTIENSELLSCHAFT | RODDER DAMM 170 48432 RHEINE GERMANY | SEALION | Vendor | | $ 12,857.12 | 4959717900 Dennis Foster info.rheine@renk.biz |
| 28 | GRAND BAHAMA SHIPYARD LTD | PO BOX f42498 411 THE FISHING FREEPORT | SEALION | Shipyard | | $ 12,256.80 | 1+242-350-4071 ajulien@gbshipyard.com |
| 29 | ELCOME INTERNATIONAL LLC | DUBAI INVESTMENTS PARK 598-1121 POBOX 1788 DUBAI UAE | MMS / MMBS | Vendor | | $ 9,790.00 | tel +971 48121333  fax +971 48121300 info@elcome.ae |
| 30 | PF COLLINS CUSTOMS BROKER LTD | PO BOX 5514  ST.JOHN'S CANADA | SEALION | Vendor | | $ 8,000.78 | tel 709 7267596  fax709 7395939 stjohns@pfcollins.com |
| | | | | | TOTAL | $ 26,199,159.40 | |

* Scheduling of a creditor herein is not an admission of the amount of the liability or the legal entity that is liable for the obligation.

## EXHIBIT D

**List of Creditors Holding 5 Largest Secured Claims**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
TOISA LIMITED, *et al.*,                  :    Case No. 17-[_____] (___)
                                          :
                                          :
              Debtors.¹                   :    (Jointly Administration Motion Pending)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### LIST OF CREDITORS HOLDING 5 LARGEST SECURED CLAIMS

The following is a list of those creditors holding the 5 largest secured claims against the Debtors, on a consolidated basis, as of January 29, 2017.

This list has been prepared from the books and records of the Debtors, and in accordance with Bankruptcy Rule 1007(d), for filing in the Debtors' chapter 11 cases.

The information set forth herein shall not constitute an admission of liability by, nor is binding on,   the Debtors and the failure to list a claim as contingent, disputed or subject to set off shall not be a waiver of any of the Debtors' rights relating thereto.

| Lender/Address | Claim | Description of Collateral |
|---|---|---|
| 1. Danish Ship Finance A/S<br>Sankt Annae Plads 3<br>Dk-1250 Copenhagen K<br>Denmark<br>Fax No: +(45) 33 33 9666<br>Henrik Soogard<br>hso@skibskredit.dk | $121,928,220 | 7 Vessels:<br><br>Toisa Daring, Toisa Defiant, Toisa Dauntless, United Kalavryta, United Leadership,Trade Vision and Trade Will |
| 2. DNB Bank ASA<br>20 St. Dunstan's Hill<br>London, EC3 8HY<br>England<br>Attn: Shipping Offshore & Logistics<br>Fax No: +44 207 626 5956 | $115,050,000 | 3 Tankers:<br><br>United Emblem, United Ideal, Invincible |

¹   The Debtors are as follows:  Trade Prosperity, Inc .; Toisa Limited; United Courage, Inc.;  Trade Vision, Inc.; United Journey, Inc.;  United Kalavryta, Inc.; Trade Sky Inc.;  Trade Industrial Development Corporation; United Honor, Inc.;  Trade Will, Inc.;  United Leadership, Inc.;  United Seas, Inc.;  United Dynamic, Inc.;  United Emblem, Inc.;  United Ideal Inc.;  Trade Unity, Inc.;  Trade Quest, Inc.;  Trade Spirit, Inc.;  Trade Resource, Inc.;  United Ambassador, Inc.;  Edgewater Offshore Shipping, Ltd.;  United Banner, Inc.;  Toisa Horizon, Inc.;  and Trade and Transport, Inc.

| Lender/Address | Claim | Description of Collateral |
|---|---|---|
| 3. ING Bank, N.V., London Branch<br>60 London Wall<br>London, EC2M 5TQ<br>United Kingdom<br>Attn: Bernadette Smailes<br>Bernadette.Smailes@uk.ing.com<br>Fax No: (+44) (0) 7767 7252<br><br>Adam Byrne,<br>Managing Director, Transportation Finance<br>adam.byrne@uk.ing.com<br>(+44) 20 7767 1992<br><br>David Grant,<br>Managing Director, Transportation Finance<br>david.grant@uk.ing.com<br>(+44) 20 7767 1056<br><br>Joeri van de Moosdijk,<br>Director, Global Credit Restructuring<br>joeri.van.de.moosdijk@ing.nl<br>(+31) 20 564 72 29 | $114,591,921 | 5 Bulkers: Trade Quest, Trade Spirit, Trade Unity, Trade Prosperity, Trade Resource<br><br>2 Vessels:<br><br>Toisa Serenade and Toisa Sonata + Warrior |
| 4. Citibank International Plc<br>London Branch Citigroup Centre,<br>Canada Square,<br>London E14 5LB<br>United Kingdom<br>Attn.: Mr. Neil Shah, European Loans Agency<br>Tel: (+44) 20 8636 3825<br>Fax: (+44) 20 75004149<br>Email: vassilios.n.marouilis@citi.com<br><br>Jonathan Medcalf, Managing Director<br>Jonathan.medcalf@citi.com<br>(+44) (0) 20 7986 7271 | $99,492,857 | 4 Vessels:<br><br>Toisa Envoy, Toisa Explorer, Toisa Elan. Toisa Wave |

| Lender/Address | Claim | Description of Collateral |
|---|---|---|
| 5. BNP Paribas S.A.<br>CIP – Agency Groupe Européen<br>6éme étage – CLA06C1<br>1 rue Taitbaut<br>75450 Paris Cedex 09<br>Fax No: (+33) (0) 1 42 96 43 55<br>Email: tgmo.shipping@bnpparibas.com<br><br>Pierre Ceyssens, Head of Value Preservation Group<br>pierre.ceyssens@bnpparibas.com<br>(+32) (0) 2 565 17 53<br><br>Karin Odenthal,Value Preservation Group<br>Karin.odenthal@bnpparibasfortis.com<br>(+32) (0) 2 565 67 21 | $82,289,889 | 2 Vessels:<br><br>Toisa Pegasus, Toisa Paladin |

**DECLARATION UNDER PENALTY OF PERJURY:**

       I, the undersigned authorized Designated Person on behalf of the Debtors, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 5 Largest Secured Claims and that the list is true and correct to the best of my information and belief.

Dated: January 29, 2017

/s/ Richard W. Baldwin
By: Richard W. Baldwin
Title: Designated Person

## EXHIBIT E

**List of Officers and Directors' Share Holdings**

## EXHIBIT E

## LIST OF OFFICERS AND DIRECTORS' SHARE HOLDINGS

### DEBTOR:  TOISA LIMITED

| Name | Position | Holdings |
|------|----------|----------|
| Antonis Varvaros | Director/President | 0% |
| Maria Anastasopoulou-Votsi | Director/Vice-President | 0% |
| Gregory Callimanopulos | Director/Chairman of the Board | 0% |
| Richard W. Baldwin | Director/Chief Financial Officer, Vice President of Finance | 0% |
| Basil Garetsos | Director/Secretary | 0% |
| Robert C. Hennebry | Director/Deputy Chairman of the Board | 0% |
| Codan Services Limited | Director/Secretary | 0% |
| David J. Doyle | Resident Representative | 0% |

### DEBTOR:  TRADE AND TRANSPORT

| Name | Position | Holdings |
|------|----------|----------|
| Antonis Varvaros | Director/President | 0% |
| Theodoris Moraitis | Director/Vice-President | 0% |
| Lygeri Peirounaki | Director/Secretary-Treasurer | 0% |

### DEBTORS:

**TOISA HORIZON, INC.**
**UNITED DYNAMIC, INC.**
**UNITED EMBLEM, INC.**
**UNITED IDEAL, INC.**
**UNITED AMBASSADOR, INC.**
**UNITED BANNER, INC.**
**UNITED COURAGE, INC.**
**UNITED HONOR, INC.**
**TRADE SKY, INC.**
**TRADE INDUSTRIAL DEVELOPMENT CORPORATION**
**UNITED SEAS, INC.**
**UNITED JOURNEY, INC.**
**UNITED KALAVRYTA, INC.**
**UNITED LEADERSHIP, INC.**
**TRADE WILL, INC.**
**TRADE VISION, INC.**
**TRADE UNITY, INC.**
**TRADE QUEST, INC.**

**TRADE RESOURCE, INC.**
**TRADE PROSPERITY, INC.**
**TRADE SPIRIT, INC.**

| Name | Position | Holdings |
|---|---|---|
| Antonis Varvaros | Director/President | 0% |
| Nikolaos Benetatos | Director/Vice-President | 0% |
| Lygeri Peirounaki | Director/Secretary-Treasurer | 0% |

**EXHIBIT E** (*continued*)

**DEBTOR: EDGEWATER OFFSHORE SHIPPING, LTD.**

| Name | Position | Holdings |
|---|---|---|
| Richard W. Baldwin | Director/President | 0% |
| Phillip J. Wood | Director | 0% |
| Jonathan Golding | Director | 0% |

## EXHIBIT F

**List of Premises Owned, Leased or Held Under Other Arrangement From
Which the Debtors Operate their Business**

## EXHIBIT F

**List of Premises Owned, Leased or Held Under Other Arrangement From
Which the Debtors Operate their Business**

| Premises Location | Interest in Property | Debtor Entity | Usage |
|---|---|---|---|
| 1. Horizontal Property "Kapa 2" of 30 sq.m. located in Piraeus at Akti Miaouli Street and 2 Skouze Street | Lease | Trade and Transport, Inc. | Business offices |
| 2. Second floor of multi-storied building located in Piraeus at Akti Miaouli Street and 2 Skouze Street | Lease | Toisa Limited | Business offices |

## EXHIBIT G

**Location of Debtor's Substantial Assets, Books and Records**

## EXHIBIT G

### Location of Debtor's Substantial Assets, Books and Records

The Debtors' books and records are located in their executive offices at the three addresses provided directly below.  Certain of the Debtors' records – such as log books for the Vessels and original invoices for vendor purchases, crew costs, and certain other Vessel costs – are held with the Technical Managers at the following addresses:

Brokerage and Management Corporation
NY Agency of Marine Management Services, M.C.
40 Wall Street
New York, NY 10005;

2 Skouze Street and Akti Miaouli,
Piraeus, Greece

-and-

Sealion Shipping Limited
Gostrey House, Union Road,Farnham,
Surrey, GU9 7PT, United Kingdom

As described in this Declaration, the Debtors' substantial assets are the vessels that comprise their fleet. The list below provides details as to each vessel's estimated location as of January 11, 2017, but due to the nature of the Debtors' business the Debtors' fleet is transient and the positions listed below are subject to frequent change.

|   | **Vessel Owner (Vessel)** | **Location** |
|---|---|---|
| 1 | United Ambassador, Inc. (United Ambassador) | At Sea |
| 2 | United Banner, Inc. (United Banner) | At Sea |
| 3 | United Courage, Inc. (United Carrier) | At Sea |
| 4 | Trade Vision, Inc. (Trade Vision) | At Sea |
| 5 | United Journey, Inc. (United Journey) | At Sea |
| 6 | United Kalavryta, Inc. (United Kalavryta) | At Sea |
| 7 | Trade Sky, Inc. (United Fortitude) | At Sea |

|    | **Vessel Owner (Vessel)** | **Location** |
|----|---------------------------|--------------|
| 8  | Trade Industrial Development Corporation (United Grace) | At Sea |
| 9  | United Honor, Inc. (United Honor) | At Sea |
| 10 | Trade Will, Inc. (Trade Will) | At Sea |
| 11 | United Leadership, Inc. (United Leadership) | At Sea |
| 12 | United Seas, Inc. (United Seas) | At Sea |
| 13 | United Dynamic, Inc. (United Dynamic) | At Sea |
| 14 | United Emblem, Inc. (United Emblem) | At Sea |
| 15 | United Ideal, Inc. (United Ideal) | At Sea |
| 16 | Trade Unity, Inc. (Trade Unity) | At Sea |
| 17 | Trade Quest, Inc. (Trade Quest) | At Sea |
| 18 | Trade Spirit, Inc. (Trade Spirit) | At Sea |
| 19 | Trade Resource, Inc. (Trade Resource) | At Sea |
| 20 | Trade Prosperity, Inc. (Trade Prosperity) | At Sea |
| 21 | Edgewater Offshore Shipping, Ltd. (Toisa Independent) | Cold Lay Up, Greece |
| 22 | Toisa Limited | (23) Vessels, Various Locations at Sea |
| 23 | Toisa Horizon, Inc. (Toisa Pisces) | Cold Lay Up, Mobile Alabama, USA |

As described in this Declaration, the Debtors' also have a beneficial interest in two planes which are located as follows:

|   | **Type of Plane** | **Location** |
|---|-------------------|--------------|
| 1 | Gulfstream Aerospace GV-SP (G550) | New Castle, Delaware |
| 2 | Gulfstream Aerospace model G-IV | New Castle, Delaware |

## EXHIBIT H

### THE DEBTORS' SENIOR MANAGEMENT AND DIRECTORS

EXHIBIT H

**The Debtors' Senior Management and Directors**

The following is a list of the Debtors' senior management and directors, their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

| Name | Description/Summary | Position |
|---|---|---|
| Gregory Callimanopulos | Gregory P. Callimanopulos was elected Chairman of the Board of Directors of Toisa Limited as of July, 2002. He has over 50 years of experience in the deep sea shipping and offshore industries as a Shipowner;  and has served as a member of the Board of the Union of Greek Shipowners, the Union of European Shipowners and Hellenic War Risk Association. | Chairman of Board |
| Richard W. Baldwin | Richard W. Baldwin was elected Deputy Chairman of Toisa in July, 2002. Mr. Baldwin currently serves as a Director of Sealion Shipping and Edgewater Shipping. He is the President and a Director of Brokerage & Management Corp. Prior to 1981 Mr. Baldwin was a Partner in the Admiralty law firm of Cardillo  & Corbett. He is a graduate of New York University and New York University School of Law. He is a member of the New York State Bar Association, The New York City Bar Association, and The Maritime Law Association. He is admitted to practice in the State of New York and before the United States Supreme Court. | Deputy Chairman |
| Robert C. Hennebry | Robert C. Hennebry has served as Chief Financial Officer of the Company since August 1997. Prior to joining the Company, he served as Vice President of the CIT Group, The Chase Manhattan Bank, N.A. and the Manufacturers Hanover Trust Co. | Chief Financial Officer |

| Antonios Varvaros | Antonios Varvaros holds a BA degree from Athens University of Economics and Business and he is a member of the Economic Chamber of Greece (membership No. 002684). He has been an employee of the Debtors since 1978 always involved in the areas of accounting and treasury operations.<br>He has been the President/Director of the Debtors since 2008. | President/Director |
|---|---|---|
| Vasilios ("Basil") Garetsos | Vasilios (in English "Basil") Garetsos, member of the Athens Bar Association (membership No. 004083), is a Piraeus-based lawyer practicing for more than 40 years, dealing with, among other fields,  Shipping, Ship Finance and Finance Institution matters and have acted for International and Greek Banks and Ship owners.<br> He is a Director/Secretary of Toisa Limited since 2002 and handles legal matters of Toisa Limited and its subsidiaries. | Corporate Secretary |

## EXHIBIT I

### Debtors' 4-Week Cash Flow Budget
*($ in 000's)*

**CONSOLIDATION (offshore - deepsea sectors)**

| | Week 1 | Week 2 | Week 3 | Week 4 | TotaL |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| Revenues | 3,593,995 | 2,742,675 | 3,032,560 | 1,565,450 | 10,934,680 |
| Other Revenue | | | | | |
| Total Revenue | 3,593,995 | 2,742,675 | 3,032,560 | 1,565,450 | 10,934,680 |
| | | | | | |
| **Vessel's Direct cost** | | | | | |
| Bunkers | | 74,350 | 518,600 | 87,000 | 679,950 |
| Brokerages | 648,800 | 406,000 | 19,000 | | 1,073,800 |
| Port Disbursements | 1,259,600 | 501,200 | 658,000 | 658,000 | 3,076,800 |
| Total Direct Costs | 1,908,400 | 981,550 | 1,195,600 | 745,000 | 4,830,550 |
| | | | | | |
| **Disbursements** | | | | | |
| Crew salaries + expenses | 166,400 | 469,530 | 486,950 | 487,700 | 1,610,580 |
| Technical | 23,760 | 32,980 | 53,650 | 50,490 | 160,880 |
| Bareboat Charter Hire | | | | | 0 |
| Insurances | 288,260 | 37,735 | | | 325,995 |
| Lubs | | | | | 0 |
| Paints | | | | | 0 |
| Travellings | | | 1,000 | 58,564 | 59,564 |
| Other Operating Disbursements | 908,388 | 676,715 | 504,050 | 1,504,372 | 3,593,525 |
| Total Operating Disbursements | 1,386,808 | 1,216,960 | 1,045,650 | 2,101,126 | 5,750,544 |
| Total G&A Disbursements | 302,582 | 123,547 | 20,785 | 159,382 | 606,296 |
| Total Disbursements | 1,689,390 | 1,340,507 | 1,066,435 | 2,260,508 | 6,356,840 |
| | | | | | |
| **NOCF (before Fees & Debt Service)** | -3,795 | 420,618 | 770,525 | -1,440,058 | -252,710 |
| Total Restructuring Professional Fees | | | | | |
| TSS | | 0 | | 500,000 | 500,000 |
| SCURA PALEY | | | | 75,000 | 75,000 |
| AMA | | | | 110,000 | 110,000 |
| LAX & CO | | | 90,000 | | 90,000 |
| BLANK ROME | | | 20,000 | | 20,000 |
| KCC | | | | 50,000 | 50,000 |
| Total Management Fees | 262,500 | 262,500 | 262,500 | 262,500 | 1,050,000 |
| | 262,500 | 262,500 | 372,500 | 997,500 | 1,895,000 |
| **NOCF (before Debt Service)** | -266,295 | 158,118 | 398,025 | -2,437,558 | -2,147,710 |
| | | | | | |
| **Cash Transfers** | | | | | |
| Deposits Paid/Returned | 0 | 0 | 0 | 0 | 0 |
| Transfers To/From Reserves | 0 | | | | 0 |
| Intercompany Transfers | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| Total Transfers In/Out | 0 | 0 | 0 | 0 | 0 |
| **Debt Service** | | | | | |
| Interest | 508,886 | 370,219 | | | 879,105 |
| Debt Principal - Scheduled Pmts | | 110,062 | 272,700 | | 382,762 |
| Debt Principal - Previously Deferred | 0 | 0 | 0 | 0 | 0 |
| | 508,886 | 480,281 | 272,700 | 0 | 1,261,867 |
| **NCF** | -775,181 | -322,163 | 125,325 | -2,437,558 | -3,409,577 |
| | | | | | |
| **Beg Cash Balance** | 47,312,578 | 46,537,397 | 46,215,234 | 46,340,559 | 47,312,578 |
| NOCF (before Fees & Debt Service) | -3,795 | 420,618 | 770,525 | -1,440,058 | -252,710 |
| Restructuring Professional Fees | 0 | 0 | 110,000 | 735,000 | 845,000 |
| Management Fees | 262,500 | 262,500 | 262,500 | 262,500 | 1,050,000 |
| Transfers In / out | 0 | 0 | 0 | 0 | 0 |
| Debt Service | 508,886 | 480,281 | 272,700 | 0 | 1,261,867 |
| **End Cash Balance** | 46,537,397 | 46,215,234 | 46,340,559 | 43,903,001 | 43,903,001 |
| | | | | | |
| **Beg Term Deposit Balance** | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 |
| **End Term Deposit Balance** | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **End Cash + Term Balance** | 46,537,397 | 46,215,234 | 46,340,559 | 43,903,001 | 43,903,001 |

## EXHIBIT "J"

### Schedule Of Pending Litigation

SCHEDULE OF PENDING LITIGATION
EXHIBIT "J"

Pursuant to Local Rule 1007-2(a)(11), the following is a list of the nature and present status of each action or proceeding, pending or threatened against the Debtors or their properties where a judgment against the Debtors or a seizure of their property may be imminent.

| # | Debtor Entity | Vessel | Plaintiff(s) | Plaintiff's Attorney Contact | Charterer (if any) | Charterers' Attorney Contact | Defendant(s) | Defendant(s) Attorney Contact | Court Info | Type of Litigation | Status of Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Toisa Horizon, Inc. | Pisces | [Plaintiff] | Arbitrator: Bruce Harris Quadrant Chambers Quadrant House 10 Fleet Street London EC4Y 1AU United Kingdom | | | Marecsa | Blas de Lezo [Spain?]<br><br>Timothy Hill QC 20 Essex Street Chambers 20 Essex Street London WC2R 3AL United Kingdom<br><br>James Shirley St Phillips Stone 4 Field Court London WC1R 5EF United Kingdom | | Arbitration | |
| 2 | Toisa Limited | Vigilant | [Plaintiff] | Arbitrator: Peter MacDonald-Eggers QC 7KBW Barristers 7 King's Bench Walk Temple London EC4Y 7DS United Kingdom | | Arbitrator: Robert Gaisford Stonegate Wadhurst TN5 7EP United Kingdom | Subsea7 Limited | Ted Graham Ince & Co. Aldgate Tower 2 Leman Street London E1 8QN United Kingdom | | Arbitration/Tax Claims on Vessels? | |
| 3 | Toisa Limited | Perseus | [Plaintiff] | Arbitrator: Peter MacDonald-Eggers QC 7KBW Barristers 7 King's Bench Walk Temple London EC4Y 7DS United Kingdom | | Arbitrator: Robert Gaisford Stonegate Wadhurst TN5 7EP United Kingdom | Subsea7 Limited | Ted Graham Ince & Co. Aldgate Tower 2 Leman Street London E1 8QN United Kingdom | | Arbitration | |
| 4 | Toisa Limited | Paladin | [Plaintiff] | Arbitrator: Bruce Harris Quadrant Chambers Quadrant House 10 Fleet Street London EC4Y 1AU United Kingdom | | Arbitrator: Richard Siberry QC Essex Court Chambers 24 Lincoln's Inn Fields London WC2A 3EG United Kingdom | Fugro-TSM Pty. Ltd. | Arbitrator: Stephenson Harwood 1 Finsbury Circus London EC2M 7SH United Kingdom | | Arbitration | |
| 5 | Toisa Limited | Paladin | [Plaintiff] | Arbitrator: Bruce Harris Quadrant Chambers Quadrant House 10 Fleet Street London EC4Y 1AU United Kingdom | | Arbitrator: Richard Siberry QC Essex Court Chambers 24 Lincoln's Inn Fields London WC2A 3EG United Kingdom | Fugro-TSM Pty. Ltd. | Arbitrator: Stephenson Harwood 1 Finsbury Circus London EC2M 7SH United Kingdom | | Arbitration | |
| 6 | Toisa Limited | Perseus | [Plaintiff] | | | | Delmar Systems Inc. | Arbitrator: Nabarro LLP 125 London Wall London EC2Y 5AL United Kingdom | | Arbitration | |

SCHEDULE OF PENDING LITIGATION
EXHIBIT "J"

| # | Debtor Entity | Vessel | Plaintiff(s) | Plaintiff's Attorney Contact | Charterer (if any) | Charterers' Attorney Contact | Defendant(s) | Defendant(s) Attorney Contact | Court Info | Type of Litigation | Status of Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Toisa Limited | Patroklos | HHI OCV | Arbitrator: Sir Jeremy Cooke 7KBW Barristers 7 King's Bench Walk Temple London EC4Y 7DS United Kingdom | | Arbitrator: John Savage King & Spalding International LLP 125 Old Broad Street London EC2N 1AR United Kingdom Third Arbitrator: Sir Vivian Ramsey QC Keating Chambers 15 Essex Street London WC2R 3AA United Kingdom | | Arbitrator: Shearman & Sterling LLP Etihad Towers 21st Floor, Office Tower 3 Corniche Road P.O. Box 2948 Abu Dhabi United Arab Emirates | | Arbitration | |
| 8 | Toisa Limited | Sonata | GO Offshore | | | | | | | | |
| 9 | Toisa Limited | Paladin | Kreuz | | | | | | | | |
| 10 | Toisa Horizon, Inc. | Pisces | Paul Hebert | | | | | | | Personal Injury Claim | |
| 11 | [Debtor Entity] | | Hellenic Petroleum | Ms. Maria Moisidou Hill Dickinson Piraeus Office Greece | | | Trade Maestro, Inc. | Christian Dwyer Ince & Co. Aldgate Tower 2 Leman Street London E1 8QN United Kingdom | | Arbitration | |
| 12 | [Debtor Entity] | | Avin International Bunkers Supply S.A. | Giorgios N. Antonopoulos & Associates 74 Solonos Street Athens Greece | | | Trade Tankers Inc. | Costas Georgopoulos & Partners 106-108 Grigoriou Lambraki Street Piraeus Greece | Supreme Court Athens, Greece | | |
| 13 | [Debtor Entity] | | Trade Tankers Inc. | Costas Georgopoulos & Partners 106-108 Grigoriou Lambraki Street Piraeus Greece | | | Avin International Bunkers Supply S.A. | Giorgios N. Antonopoulos & Associates 74 Solonos Street Athens Greece | Supreme Court Athens, Greece | Appeal | |
| 14 | [Debtor Entity] | | United Resolve Inc. and United Lady Inc. | Paul Ratnayeke Associates 59 Gregory's Road Colombo 7 Sri Lanka | | | Ceylon Petroleum Company | | Commercial High Court, Sri Lanka | | |
| 15 | [Debtor Entity] | | Alota Manolito | Tolentino & Bautista Law Offices Suite 203 Estrella Condominium Taft Avenue (corner Quirino Avenue) Malate Manila, Philippines | | | Magsaysay Maritime Corporation, Marine Management Services M.C., Marlon Rono | Velicaria Egenias Law Offices 3F Adamson Centre 121 Leviste Street Salcedo Village Makati City Philippines | National Labor Relations Commission, Philippines | | |

SCHEDULE OF PENDING LITIGATION
EXHIBIT "J"

| # | Debtor Entity | Vessel | Plaintiff(s) | Plaintiff's Attorney Contact | Charterer (if any) | Charterers' Attorney Contact | Defendant(s) | Defendant(s) Attorney Contact | Court Info | Type of Litigation | Status of Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | United Emblem, Inc. | | Pequod Associates USA LLC | | | | United Emblem, Inc. | MFB Solicitors Fishmongers' Chambers 1 Fishmongers' Hall Wharf London EC4R 3AE United Kingdom | High Court, London, United Kingdom | | Threatened litigation as Defendant |
| | United Kalavryta, Inc. | | United Kalavryta, Inc. | Holmans Fenwick Willan LLC 6th Floor 83 Akti Miaouli & Flessa 185 38 Piraeus Greece | | | Hellenic Petroleum | | | Arbitration | Threatened litigation as Plaintiff |

# EXHIBIT "K"

## Schedule Of Offshore Fleet

# Toisa Offshore Fleet List



| Vessel | Flag | Year Built/ Modified: | DP Class System | Length (ft) | BHP |
|---|---|---|---|---|---|
| **Construction Class** | | | | | |
| Toisa Perseus | British | 1998 | DP3 | 373 | 14,375 |
| Toisa Proteus | Liberian | 2002 | DP3 | 436 | 14,375 |
| Toisa Paladin | British | Mar-09 | DP2 | 340 | 14,376 |
| Toisa Pegasus | Liberian | Apr-09 | DP3 | 436 | 14,375 |
| Toisa Polaris (sold in November 2012) | British | 1999 | DP3 | 373 | 14,375 |
| | | | | | |
| **Well Test Vessel** | | | | | |
| Toisa Pisces | Liberian | 1997/2003 | DP2 | 340 | 14,583 |
| | | | | | |
| **ROV/DSV** | | | | | |
| Toisa Sentinel (sold in April 2014) | British | 1982/1994 | DP2 | 309 | 122,800 |
| Toisa Coral | British | 1999 | DP2 | 242 | 5,228 |
| Toisa Crest | British | 1999 | DP2 | 242 | 5,228 |
| Toisa Conqueror | Liberian | 2001/2004 | DP2 | 242 | 5,228 |
| Toisa Valiant | Bahamian | Dec-05 | DP2 | 230 | 6,434 |
| Toisa Vigilant | Bahamian | Dec-05 | DP2 | 230 | 6,434 |
| Toisa Voyager | Bahamian | May-06 | DP2 | 230 | 6,434 |
| Toisa Warrior | Bahamian | May-11 | DP2 | 287 | 8,042 |
| Toisa Wave | Bahamian | Aug-11 | DP2 | 287 | 8,042 |
| Sealion Amazonia | Brazilian | Dec-05 | DP2 | 230 | 7,000 |
| | | | | | |
| **PSV/AHTS** | | | | | |
| Toisa Intrepid | Bahamian | 1998 | DP2 | 272 | 6,600 |
| Toisa Invincible | Bahamian | 1998 | DP2 | 272 | 6,600 |
| Toisa Independent | British | 2003 | - | 256 | 5,900 |
| Toisa Tiger (sold in June 2013) | Bahamian | 1983 | DP2 | 202 | 3,520 |
| Toisa Serenade | Bahamian | Sep-08 | DP2 | 270 | 8,042 |
| Toisa Solitare | Bahamian | Feb-09 | DP2 | 270 | 8,042 |
| Toisa Sonata | Bahamian | Mar-09 | DP2 | 270 | 8,042 |
| Toisa Defiant | Bahamian | Aug-06 | DP2 | 216 | 12,240 |
| Toisa Daring | Bahamian | Jan-07 | DP2 | 216 | 12,240 |
| Tosa Dauntless | Bahamian | Mar-07 | DP2 | 216 | 12,240 |
| Toisa Elan | Bahamian | Mar-13 | DP2 | 272 | 24,129 |
| Toisa Envoy | Bahamian | Sep-13 | DP2 | 272 | 24,129 |
| Toisa Explorer | Bahamian | Nov-13 | DP2 | 272 | 24,129 |

# TOISA TANKER/BULKER FLEET LIST



**TANKERS:**

| | Year Built: | Type of Vessel: | SBT: | Hull | (Summer) DWT: | LOA (m): | Class Society: | BEAM (m) : | CAP Rating: | Country of Registry (flag): | IGS: | COW: | Coiled: | LDT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United Dynamic | 2010 | Suezmax Tanker | SBT | D/D | 163,000 | 274.20 | DNV | 50.00 | N/A | Greek | YES | YES | YES | 28,056 |
| United Emblem | 2010 | Suezmax Tanker | SBT | D/D | 163,000 | 274.20 | DNV | 50.00 | N/A | Greek | YES | YES | YES | 27,985 |
| United Ideal | 2011 | Suezmax Tanker | SBT | D/D | 163,000 | 274.20 | DNV | 50.00 | N/A | Greek | YES | YES | YES | 27,947 |
| United Ambassador | 2007 | Panamax Tanker | SBT | D/D | 73,584 | 228.60 | ABS | 32.29 | N/A | Greek | YES | YES | YES | 15,603 |
| United Banner | 2007 | Panamax Tanker | SBT | D/D | 73,584 | 228.60 | ABS | 32.29 | N/A | Greek | YES | YES | YES | 15,603 |
| United Carrier | 2007 | Panamax Tanker | SBT | D/D | 73,584 | 228.60 | ABS | 32.29 | N/A | Greek | YES | YES | YES | 15,603 |
| United Fortitude | 2010 | Aframax Tanker | SBT | D/D | 114,000 | 250.00 | ABS | 44.00 | N/A | Greek | YES | YES | YES | 21,296 |
| United Grace | 2010 | Aframax Tanker | SBT | D/D | 114,000 | 250.00 | ABS | 44.00 | N/A | Greek | YES | YES | YES | 21,238 |
| United Honor | 2010 | Aframax Tanker | SBT | D/D | 114,000 | 250.00 | ABS | 44.00 | N/A | Greek | YES | YES | YES | 21,238 |
| United Journey | 2010 | Aframax Tanker | SBT | D/D | 112,723 | 249.9 | DNV | 44.00 | N/A | Marshall Islands | YES | YES | YES | 20,519 |
| United Kalavryta | 2005 | Suezmax Tanker | SBT | D/D | 159,156 | 274.47 | ABS | 48.00 | N/A | Marshall | YES | YES | YES | 23,461 |
| United Leadership | 2005 | Suezmax Tanker | SBT | D/D | 159,062 | 274.47 | ABS | 48.00 | N/A | Marshall | YES | YES | YES | 23,461 |
| United Seas | 2008 | Aframax Tanker | SBT | D/D | 110,295 | 245.5 | ABS | 42.03 | N/A | Greek | YES | YES | YES | 17,537 |

# TOISA TANKER/BULKER FLEET LIST (CONTD.)



## BULKERS:

| | Year Built: | Type of Vessel: | DWT: | LOA (m): | BEAM (m): | Country of Registry (flag): | Holds/Hatches: |
|---|---|---|---|---|---|---|---|
| Trade Unity | 2016 | Kamsarmax bulker | 82,004 | 229 | 32 | Marshall Islands | 7 |
| Trade Resource | 2016 | Kamsarmax bulker | 82,004 | 229 | 32 | Marshall Islands | 7 |
| Trade Vision | 2011 | Kamsarmax bulker | 81,586 | 229 | 32 | Marshall Islands | 7 |
| Trade Will | 2012 | Kamsarmax bulker | 81,586 | 229 | 32 | Marshall Islands | 7 |
| Trade Prosperity | 2016 | Kamsarmax bulker | 82,004 | 229 | 32 | Marshall Islands | 7 |
| Trade Quest | 2016 | Kamsarmax bulker | 82,004 | 229 | 32 | Marshall Islands | 7 |
| Trade Spirit | 2016 | Kamsarmax bulker | 82,004 | 229 | 32 | Marshall Islands | 7 |