# Schedule 1:
## Vessels with Management Agreements with Marine or Marine Bulk

### Vessels

**Tankers (Marine)**

1. United Dynamic
2. United Emblem
3. United Ideal
4. United Ambassador
5. United Banner
6. United Carrier
7. United Fortitude
8. United Grace
9. United Honor
10. United Journey
11. United Kalavryta
12. United Leadership
13. United Seas

**Bulkers (Marine Bulk)**

1. Trade Unity
2. Trade Resource
3. Trade Vision
4. Trade Will
5. Trade Prosperity
6. Trade Quest
7. Trade Spirit