# Schedule 2:
## Vessels Part of Master Management Agreement with Sealion

### Vessels

**Construction Class**
1. Toisa Perseus
2. Toisa Proteus
3. Toisa Paladin
4. Toisa Pegasus

**Well Test Vessel**
5. Toisa Pisces

**ROV/DSV**
6. Toisa Coral
7. Toisa Crest
8. Toisa Conqueror
9. Toisa Valiant
10. Toisa Vigilant
11. Toisa Voyager
12. Toisa Warrior
13. Toisa Wave
14. Sealion Amazonia

**PSV/AHTS**
15. Toisa Intrepid
16. Toisa Invincible
17. Toisa Independent
18. Toisa Serenade
19. Toisa Solitare
20. Toisa Sonata
21. Toisa Defiant
22. Toisa Daring
23. Tosa Dauntless
24. Toisa Elan
25. Toisa Envoy
26. Toisa Explorer