IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
TOISA LIMITED, *et al.*, : Case No. 17-10184 (SCC)
: 
        Debtors.[1] : (Motion for Joint Administration
: Pending)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED EXHIBIT "I" TO DECLARATION OF ROBERT HENNEBRY
PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2 AND IN SUPPORT OF
THE DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS**

---

[1] The Debtors are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

**CONSOLIDATION (offshore - deepsea sectors)**

|  | Week 1 | Week 2 | Week 3 | Week 4 | Total |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| Revenues | 3,593,995 | 2,742,675 | 3,032,560 | 1,565,450 | 10,934,680 |
| Other Revenue | | | | | |
| Total Revenue | 3,593,995 | 2,742,675 | 3,032,560 | 1,565,450 | 10,934,680 |
| **Vessel's Direct cost** | | | | | |
| Bunkers | | 74,350 | 518,600 | 87,000 | 679,950 |
| Brokerages | 648,800 | 406,000 | 19,000 | | 1,073,800 |
| Port Disbursements | 1,259,600 | 501,200 | 658,000 | 658,000 | 3,076,800 |
| Total Direct Costs | 1,908,400 | 981,550 | 1,195,600 | 745,000 | 4,830,550 |
| **Disbursements** | | | | | |
| Crew salaries + expenses | 166,400 | 469,530 | 486,950 | 487,700 | 1,610,580 |
| Technical | 23,760 | 32,980 | 53,650 | 50,490 | 160,880 |
| Bareboat Charter Hire | | | | | 0 |
| Insurances | 288,260 | 37,735 | | | 325,995 |
| Lubs | | | | | 0 |
| Paints | | | | | 0 |
| Travellings | | | 1,000 | 58,564 | 59,564 |
| Other Operating Disbursements | 908,388 | 676,715 | 504,050 | 1,504,372 | 3,593,525 |
| Total Operating Disbursements | 1,386,808 | 1,216,960 | 1,045,650 | 2,101,126 | 5,750,544 |
| Total G&A Disbursements | 302,582 | 123,547 | 20,785 | 159,382 | 606,296 |
| Total Disbursements | 1,689,390 | 1,340,507 | 1,066,435 | 2,260,508 | 6,356,840 |
| **NOCF (before Fees & Debt Service)** | -3,795 | 420,618 | 770,525 | -1,440,058 | -252,710 |
| Total Restructuring Professional Fees | | | | | |
| TSS | | 0 | | 500,000 | 500,000 |
| SCURA PALEY | | | | 75,000 | 75,000 |
| AMA | | | | 110,000 | 110,000 |
| LAX & CO | | | 90,000 | | 90,000 |
| BLANK ROME | | | 20,000 | | 20,000 |
| KCC | | | | 50,000 | 50,000 |
| Total Management Fees | 262,500 | 262,500 | 262,500 | 262,500 | 1,050,000 |
| | 262,500 | 262,500 | 372,500 | 997,500 | 1,895,000 |
| **NOCF (before Debt Service)** | -266,295 | 158,118 | 398,025 | -2,437,558 | -2,147,710 |
| **Cash Transfers** | | | | | |
| Deposits Paid/Returned | 0 | 0 | 0 | 0 | 0 |
| Transfers To/From Reserves | 0 | | | | 0 |
| Intercompany Transfers | 0 | 0 | 0 | 0 | 0 |
| Total Transfers In/Out | 0 | 0 | 0 | 0 | 0 |
| **Debt Service** | | | | | |
| Interest | 508,886 | 370,219 | | | 879,105 |
| Debt Principal - Scheduled Pmts | | 110,062 | 272,700 | | 382,762 |
| Debt Principal - Previously Deferred | 0 | 0 | 0 | 0 | 0 |
| | 508,886 | 480,281 | 272,700 | 0 | 1,261,867 |
| **NCF** | -775,181 | -322,163 | 125,325 | -2,437,558 | -3,409,577 |
| **Beg Cash Balance** | 83,032,621 | 82,257,440 | 81,935,277 | 82,060,602 | 83,032,621 |
| NOCF (before Fees & Debt Service) | -3,795 | 420,618 | 770,525 | -1,440,058 | -252,710 |
| Restructuring Professional Fees | 0 | 0 | 110,000 | 735,000 | 845,000 |
| Management Fees | 262,500 | 262,500 | 262,500 | 262,500 | 1,050,000 |
| Transfers In / out | 0 | 0 | 0 | 0 | 0 |
| Debt Service | 508,886 | 480,281 | 272,700 | 0 | 1,261,867 |
| **End Cash Balance** | 82,257,440 | 81,935,277 | 82,060,602 | 79,623,044 | 79,623,044 |
| **Beg Term Deposit Balance** | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 |
| **End Term Deposit Balance** | 0 | 0 | 0 | 0 | 0 |
| **End Cash + Term Balance*** | 82,257,440 | 81,935,277 | 82,060,602 | 79,623,044 | 79,623,044 |

**Additionally, there is $16,746,541 at MMS and $6,437,139 at MMBS, two of the Debtors' non-debtor affiliate management companies.**