TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Brian F. Moore
Kyle J. Ortiz

*Proposed Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                    :    Chapter 11
:
TOISA LIMITED, *et al.*,                                  :    Case No. 17-10184 (SCC)
:
:
Debtors.[1]                                               :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 21, 2017 AT 2:00 P.M.**

Time and Date of Hearing:    February 21, 2017, at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:    Judge Shelley C. Chapman, Courtroom 623,
One Bowling Green, New York, NY 10007

Copies of Motions:    A copy of each of the motions can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at the website maintained by the Debtors' proposed claims and noticing agent at www.kccllc.net/toisa

**I.    UNCONTESTED MATTERS**

1.    Debtors' Motion for Interim and Final Order (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business

---

[1] The Debtors are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

    Forms, (II) Waiving Investment and Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions [Dkt. 8]

    Objection Deadline:  February 14, 2017 at 4:00 p.m.

    Responses/Replies Filed: None to date.

    Related Documents:

     a. Affidavit of Service [Dkt. No. 12]

     b. Interim Order (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms, (II) Waiving Investment and Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions [Dkt. No. 17]

     c. Affidavit of Service [Dkt. No. 23]

     d. Notice of Hearing on February 21, 2017 with Respect to Orders on Second Day Motions [Dkt. No. 27]

     e. Supplemental Affidavit of Service [Dkt. No. 30]

    Status: A proposed Second Interim order will be submitted to the Court. A proposed final order will be submitted to the Court at a later date to be determined.

2. Debtors' Application For Entry Of Order, Pursuant To Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing Employment and Retention of Togut, Segal & Segal LLP as Counsel to the Debtors and Debtors In Possession, *Nunc Pro Tunc* to the Petition Date [Dkt. No. 25]

    Objection Deadline:  February 14, 2017 at 4:00 p.m.

    Responses/Replies Filed: None to date.

    Related Documents:

     a. Notice of Hearing on February 21, 2017 with Respect to Orders on Second Day Motions [Dkt. No. 27]

     b. Affidavit of Service [Dkt. No. 29]

     c. Supplemental Affidavit of Service [Dkt. No. 30]

    Status: A proposed order will be submitted to the Court.

3. Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 26]

 Objection Deadline: February 14, 2017 at 4:00 p.m.

 Responses/Replies Filed: None to date.

 Related Documents:

  a. Notice of Hearing on February 21, 2017 with Respect to Orders on Second Day Motions [Dkt. No. 27]

  b. Affidavit of Service [Dkt. No. 29]

  c. Supplemental Affidavit of Service [Dkt. No. 30]

 Status: A proposed order will be submitted to the Court.

4. Debtors' Motion for Entry of Interim and Final Orders, Upon Consent of the Debtors and Citibank N.A., London Branch (I) Authorizing the Debtors' Use of Citibank's Cash Collateral (II) Granting Citibank Adequate Protection, (III) Releasing Vessel, United Journey, to the Debtors, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 33]

 Objection Deadline: February 20, 2017 at 4:00 p.m.

 Responses/Replies Filed: None to date.

 Related Documents: None to date.

 Status: A proposed order will be submitted to the Court.

Dated: New York, New York
   February 17, 2017

          TOISA LIMITED, *et al.*,
         *Debtors and Debtors in Possession*
         By Their Proposed Counsel
         TOGUT, SEGAL & SEGAL LLP,
         By:
         /s/Brian F. Moore
         ALBERT TOGUT
         FRANK A. OSWALD
         BRIAN F. MOORE
         KYLE J. ORTIZ
         One Penn Plaza, Suite 3335
         New York, New York  10119
         (212) 594-5000