UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TOISA LIMITED, *et al.*, | : | Case No. 17-10184 (SCC) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER SHORTENING TIME FOR NOTICE OF HEARING TO CONSIDER THE DEBTORS' APPLICATION FOR ORDER APPROVING TERM SHEET UNDER BANKRUPTCY CODE SECTIONS 105(a), 362 AND FED. R. BANKR. P. 9019**

Upon the *ex parte* application (the "Motion") of Toisa Limited ("Toisa") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), by and through their counsel, Togut, Segal & Segal LLP (the "Togut Firm"), for entry of an order shortening the time for consideration of the *Debtors' Application for Order Approving Term Sheet under Bankruptcy Code Sections 105(a), 362 and Fed. R. Bankr. P. 9019* (the "Settlement Motion")[2] and upon the Declaration of Brian F. Moore, Esq.; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that no other notice is necessary except as provided herein; and the relief requested therein

---

1   The Debtors in these chapter 11 cases are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

2   Capitalized terms not defined herein shall have the meanings given to them in the Settlement Motion.

being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief being requested being in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and the Court having considered the request; and the Court having determined that cause exists for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause therefor,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED to the extent provided herein.

2. The Settlement Motion shall be heard and considered at the hearing scheduled for January 18, 2018 at 4:00 p.m. (ET) (the "Hearing") before the Honorable Shelley C. Chapman at the United States Bankruptcy Court for the Southern District of New York, One Bowling green, New York, New York 10004, Courtroom 623.

3. Notice of the Hearing shall be given by the Debtors by serving a copy of this Order, the Motion, and the Settlement Motion by email and/or by overnight mail no later than one (1) business days after entry of this Order upon: (a) the United States Trustee; (b) counsel for the Informal Committee; (c) the Debtors' prepetition lenders; (d) counsel for the Creditors' Committee; (e) all parties in interest under Bankruptcy Rule 2002; and (f) any other party entitled to notice pursuant to Local Bankruptcy Rule 9013-1(b) and which has filed a notice of appearance in these Chapter 11 Cases (collectively, the "Notice Parties").

4. All objections to the Settlement Motion must be filed by January 12, 2018 at 4:00 p.m. (ET).

5. The Debtors and the Togut Firm are empowered to take all actions necessary to implement the relief granted in this Order.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:    January 2, 2018
         New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE