# EXHIBIT 2

**Sale Notice**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Kyle J. Ortiz
Brian F. Moore

*Counsel to the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| TOISA LIMITED, *et al.*, | Case No. 17-10184 (SCC) |
| Debtors.[1] | (Jointly Administered) |

---

### NOTICE OF SELECTION OF SUCCESSFUL BID AND PROPOSED SALE OF [VESSEL]

**PLEASE TAKE NOTICE** that, on January 29, 2017 (the "Petition Date"), Toisa Limited, ("Toisa") and certain of its affiliates (each a "Debtor," and collectively, the "Debtors") commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on March __, 2018, the Bankruptcy Court entered the *Order Approving (A) Procedures Regarding the Solicitation of Offers in Connection with the Sale of Certain of the Debtors' Vessels, Subject to Bankruptcy Court Approval, (B) the Form of Notices Regarding the Sales and (C) the Form of Purchase and Sale Agreement* [Docket No. ___] (the "Sale Procedures Order"),[2] authorizing the Debtors to sell certain of their tankers and bulkers, including the newbuilds (collectively, the "Vessels"), pursuant to the procedures set forth in the Sale Procedures Order.

---

[1] The Debtors in these chapter 11 cases are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

[2] Capitalized terms used, but not otherwise defined herein, shall take the meanings ascribed to them in the Sale Procedures Order.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, the Debtors propose to enter into the transaction (the "<u>Proposed Transaction</u>") described below, which involves the sale or transfer of _____ (the "<u>Vessel</u>") pursuant to the purchase and sale agreement attached to this Notice as <u>Exhibit A</u> (the "<u>Purchase Agreement</u>").  Below is a summary of the material terms of the Purchase Agreement:

- **<u>Vessel Being Sold:</u>**

- **<u>Seller</u>**:

- **<u>Purchaser (including whether the Purchaser is directly or indirectly owned or controlled by any of the Debtors' current or former shareholders, officers, directors or employees):</u>**

- **<u>Purchase Price:</u>**

- **<u>Conditions to Closing:</u>**

- **<u>Terms of Payment:</u>**

- **<u>Known Liens:</u>**

- **<u>Secured Vessel Lender and other parties holding or asserting Liens against the Vessel:</u>**

- **<u>Marketing Efforts:</u>**

- **<u>Broker Commission:</u>**

- **<u>Other Material Transaction Terms:</u>**

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, the Debtors intend to seek entry of an order substantially in the form attached to this Notice as <u>Exhibit B</u> (the "<u>Proposed Order</u>") authorizing the consummation of the Proposed Transaction and granting relief pursuant to sections 363(f) and 363(m) of the Bankruptcy Code.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the Proposed Order and the relief set forth therein, the Debtors submit the Declaration of Philip Harding, attached to this Notice as <u>Exhibit C</u> and the Declaration of Jonathan Mitchell, the Debtors' Chief Restructuring Officer, attached to this Notice as <u>Exhibit D</u> (together, the "<u>Supporting Declarations</u>") setting forth the factual basis for the relief requested in the Proposed Order.

2

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Sale Procedures Order and the Supporting Declarations, if the Bankruptcy Court enters an order granting relief pursuant to section 363(f) of the Bankruptcy Code, upon closing, the Vessel and related assets being sold shall be transferred pursuant to the Proposed Transaction free and clear of all liens, claims, encumbrances and other interests (collectively, "Liens"), with such Liens attaching to the consideration received by the Debtors under the Purchase Agreement with the same force, validity, priority and effect as they currently exist immediately prior to such sale.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Transaction must be filed with this Court and served on: (a) counsel for the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attn: Frank A. Oswald, Esq. and Kyle J. Ortiz, Esq.); (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Paul K. Schwartzberg, Esq.); (c) counsel to the Informal Committee, Cadwalader, Wickersham & Taft LLP, 200 Liberty Street, New York, New York 10281 (Attn: Gregory M. Petrick, Esq. and Michele C. Maman, Esq.); (d) counsel to the Creditors' Committee, Sheppard, Mullin, Richter & Hampton LLP, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Craig A. Wolfe, Esq. and Jason R. Alderson, Esq.); (e) counsel to the Secured Lender, _____; and (f) all parties that filed a notice of appearance in these Chapter 11 Cases (collectively, the "Objection Notice Parties"), so as to be **actually received** on or before the date that is seven (7) calendar days following the date of this Notice (the "Objection Deadline"). If no written objection is filed with this Court and served on the Objection Notice Parties on or before the Objection Deadline, the Proposed Order may be entered without the need for a Sale Hearing (as defined below).

[*Concluded on the following page*]

**PLEASE TAKE FURTHER NOTICE** that, in the event an objection to the Proposed Transaction is timely filed and served in accordance with the above paragraph, a hearing to consider the Proposed Transaction (the "Sale Hearing") shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court, Courtroom 623, One Bowling Green, New York, New York 10004, at a date and time to be determined by the Court.

Dated:    New York, New York
          _____ __, 2018

                                    Toisa Limited, *et al.*
                                    Debtors and Debtors in Possession
                                    By their Counsel
                                    TOGUT, SEGAL & SEGAL LLP
                                    By:

                                     */s/Draft*
                                    FRANK A. OSWALD
                                    KYLE J. ORTIZ
                                    BRIAN F. MOORE
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    Telephone: (212) 594-5000