TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore
Lauren L. Peacock

*Counsel to the Debtors and*
 *Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
TOISA LIMITED, *et al.*,                                 :   Case No. 17-10184 (SCC)
                                                         :
                           Debtors.[1]                   :   (Jointly Administered)
                                                         :
---------------------------------------------------------x

**NOTICE OF EFFECTIVE DATE OF REJECTION OF EXECUTORY CONTRACT**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing the Rejection of the Certain Prepetition Executory Contracts with Marine Management Services M.C. Pursuant to Section 365(b) of the Bankruptcy Code* [Dkt. No 596] (the "Rejection Order"), the sale of *United Banner* will close on **August 21, 2018.**

**PLEASE TAKE FURTHER NOTICE** that Toisa Limited and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby designate **August 21, 2018** as the effective date (the "Effective Date") of rejection of the Debtors' contract with MMS for management of the *United Banner* (the "Management Agreement") and that, pursuant to the Rejection

---

[1] The Debtors in these Chapter 11 Cases are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

Order, the Management Agreement shall be deemed rejected on the Effective Date at the moment immediately prior to the closing of the sale of *United Banner.*

**PLEASE TAKE FURTHER NOTICE** that MMS shall file a claim for damages as a result of the rejection of the Management Agreement, if any, within 30 days of receipt or filing of this notice.

DATED:  New York, New York
August 14, 2018

TOGUT, SEGAL & SEGAL LLP,
*Counsel to the Debtors and Debtors in Possession*
TOISA LIMITED, *et al.*,
By:

/s/ *Frank A. Oswald*
FRANK A. OSWALD
BRIAN F. MOORE
LAUREN L. PEACOCK
One Penn Plaza, Suite 3335
New York, New York  10119
(212) 594-5000