```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                 :    Chapter 11
                                                       :
TOISA LIMITED, et al.                                  :    Case No. 17-10184 (SCC)
                                                       :
                Debtors.[1]                            :    (Joint Administration)
-------------------------------------------------------x
```

# CERTIFICATION OF P. JOSEPH MORROW IV WITH RESPECT TO THE TABULATION OF VOTES ON THE SECOND AMENDED JOINT PLAN OF LIQUIDATION FOR TOISA LIMITED AND CERTAIN OF ITS AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

I, P. Joseph Morrow IV, depose and say under the penalty of perjury:

1.  I am a Vice President of Corporation Restructuring Services employed by Kurtzman Carson Consultants LLC ("**KCC**"), whose main business address is 2335 Alaska Avenue, El Segundo, California 90245.  I am over the age of 18 and am not individually a party to these proceedings.  KCC was retained by the above-captioned debtors and debtors-in-possession (the "**Debtors**") as voting and claims agent (the "**Voting and Claims Agent**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") and was appointed by the United States Bankruptcy Court for the Southern District of New York (the "**Court**") to, among other things, assist the Debtors with the solicitation and vote tabulation process in these Chapter 11 Cases.  I am authorized to submit this certification (the "**Certification**") on behalf of KCC, and except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

---

[1] The Debtors are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; Trade and Transport Inc.

2.  The Court authorized the retention of KCC as the Voting and Claims Agent for the Debtors pursuant to the *Order Authorizing and Approving the Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent to the Debtors* [Docket No. 16] and the *Order Pursuant to 28 U.S.C. §§ 327(a) and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC, as Administrative Agent for the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 84].

3.  On January 24, 2019 the Court entered the *Order Approving (I) the Disclosure Statement for the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of Its Affiliates; (II) the Form and Manner of the Disclosure Statement Hearing Notice; (III) Certain Key Dates Relating to Confirmation of the Plan; (IV) Procedures for Solicitation; (V) Forms of Ballots and Notices; (VI) Procedures for Tabulation of Votes; and (VII) Procedures for Notice of the Confirmation Hearing and Objections to Confirmation of the Plan* [Docket No. 1027] (the "**Disclosure Statement Approval Order**") pursuant to which the Court, among other things, (a) authorized the Debtors to solicit acceptances for the votes to accept or reject the *Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of Its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1028] (as amended, modified, or supplemented, the "**Plan**"), (b) approved procedures for soliciting, receiving and tabulating votes on the Plan (the "**Solicitation and Tabulation Procedures**"); and (c) approved the *Disclosure Statement for the Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of Its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1029] (the "**Disclosure Statement**").

4.  Pursuant to the Disclosure Statement Approval Order, KCC worked with the Debtors and their counsel to solicit votes to accept or reject the Plan and to tabulate the ballots of creditors voting to accept or reject the Plan.

5.  KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed plans of reorganization, and I am duly authorized to make and submit this Certification on behalf of KCC regarding the tabulation of votes on the Plan.  Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge.

**A.   Service and Transmittal of Solicitation Packages and Related Information**

6.  Pursuant to the Disclosure Statement Approval Order and in accordance with the Solicitation and Tabulation Procedures, on January 31, 2019, KCC caused to be served the Solicitation Packages[2], notices and other solicitation materials in accordance with the Disclosure Statement Approval Order. An affidavit of service evidencing the service of the foregoing was filed with the Court on February 6, 2019 [Docket No. 1050].  On February 12, 2019, KCC caused to be served Supplemental Solicitation Packages in accordance with the Disclosure Statement Approval Order to parties entitled to vote to accept or reject the Plan.  An affidavit of service evidencing the service of the foregoing was filed with the Court on February 13, 2019 [Docket No. 1060]. On February 22, 2019, KCC caused to be served Supplemental Solicitation Packages in accordance with the Disclosure Statement Approval Order to parties entitled to vote to accept or reject the Plan.  An affidavit of service evidencing the service of the foregoing was filed with the Court on February 26, 2019 [Docket No. 1082].

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Disclosure Statement Approval Order or the Plan, as applicable.

7. On February 8, 2019, the publication version of the Confirmation Hearing Notice appeared in (i) *Wall Street Journal, National Edition*; and in (ii) *TradeWinds*. Certifications of publication evidencing the publishing of the foregoing were filed with the Court on February 19, 2019 [Docket No. 1065].

8. In addition, copies of the Plan, Disclosure Statement, and Disclosure Statement Approval Order have been available, free of charge, at http://www.kccllc.net/Toisa (the "**KCC Website**").

B.  **The Tabulation Process**

9. The Disclosure Statement Approval Order established January 17, 2019 as the Voting Record Date for determining which creditors and holders of interests were entitled to receive the Solicitation Packages and, where applicable, vote on the Plan. Pursuant to the Disclosure Statement Approval Order, holders of Claims and Interests in each of the following Classes were entitled to vote to accept or reject the Plan (collectively, the "**Voting Classes**"). No other Classes were entitled to vote to accept or reject the Plan.[3]

---

[3] Class 1 (Other Priority Claims), Class 8 (Existing Danish Ship Tanker Secured Claims), Class 9 (Existing ING Bulker Secured Claims), Class 10 (Existing Danish Ship Bulker Secured Claims), Class 11 (Intercompany Secured Lenders' SPV Deficiency Claims), Class 12 (Existing DVB Guarantee Claim), Class 27 (Secured Lenders' Toisa GUCs), Class 28 (T&T General Unsecured Claims), Class 31 (Intercompany Claims), Class 32 (Interests in Toisa), and Class 33 (Intercompany Interests in Other Debtors) were not entitled to vote to accept or reject the Plan, but, except in the case of Class 1, Class 8, Class 9, and Class 10, were mailed a Notice of Non-Voting Rejecting Status that allowed them to opt out of the Releases in Section 10.4(b) of the Plan.

| Class | Description |
|---|---|
| Class 2 | Existing Citi Tanker Secured Claims |
| Class 3 | Existing Commerzbank I Secured Claims |
| Class 4 | Existing Commerzbank II Secured Claims |
| Class 5 | Existing Credit Agricole Tanker Secured Claims |
| Class 6 | Existing NBG Secured Claims |
| Class 7 | Existing DNB Tanker Secured Claims |
| Class 13 | Existing Danish Ship Offshore Guarantee Secured Claims |
| Class 14 | Existing Citizens I Secured Claims |
| Class 15 | Existing Citi Offshore Secured Claims |
| Class 16 | Existing Citizens II Secured Claims |
| Class 17 | Existing Commonwealth Bank of Australia Secured Claims |
| Class 18 | Existing DNB Offshore Secured Claims |
| Class 19 | Existing ING Offshore Secured Claims |
| Class 20 | Existing Wells Fargo Secured Claims |
| Class 21 | Existing BNP Secured Claims |
| Class 22 | Existing Credit Agricole Offshore Secured Claims |
| Class 23 | Existing Danish Ship Offshore Secured Claims |
| Class 24 | Existing DVB Secured Claims |
| Class 25 | Newbuild Tanker Credit Facility Secured Claims |
| Class 26 | G550 Airplane Credit Facility Claims |
| Class 29 | General Unsecured Claims |
| Class 30 | Personal Injury Claims |

10.     Pursuant to the Disclosure Statement Approval Order, KCC relied on the Debtors' Schedules of Assets and Liabilities and the Claims information reflected in KCC's CaseView[4] ("**CaseView**") system to identify and solicit holders of Claims and Interests in the Voting Classes.  KCC also relied on lists of (i) underlying holders provided by counsel to the administrative agent under the Commerzbank I Credit Facility to identify and solicit holders of

---

[4] CaseView is KCC's claims management database, which stores the records and images associated with all scheduled and filed claims.

- 5 -

Class 3 Existing Commerzbank I Secured Claims, (ii) underlying holders provided by counsel to the administrative agent under the DNB Tanker Credit Facility to identify and solicit holders of Class 7 Existing DNB Tanker Secured Claims, (iii) underlying holders provided by counsel to the administrative agent under the Citi Offshore Credit Facility to identify and solicit holders of Class 15 Existing Citi Offshore Secured Claims, (iv) underlying holders provided by counsel to the administrative agent under the DNB Offshore Credit Facility to identify and solicit holders of Class 18 Existing DNB Offshore Secured Claims, (v) underlying holders provided by counsel to the administrative agent under the BNP Credit Facility to identify and solicit holders of Class 21 Existing BNP Secured Claims, and (vi) underlying holders provided by counsel to the administrative agent under the Citi Newbuilding Tanker Credit Facility to identify and solicit holders of Class 25 Newbuild Tanker Credit Facility Secured Claims.

11.     Using the information outlined above, and with specific guidance from the Debtors' counsel and financial advisors, KCC created a voting database reflecting the names and addresses of holders of Claims and Interests, the classification of Claims and Interests, and voting amounts in the Voting Classes. Specifically, using its CaseView system and voting database, KCC generated Ballots for holders of Claims entitled to vote to accept or reject the Plan.

12.     The Disclosure Statement Approval Order established March 4, 2019 at 4:00 p.m. (prevailing Eastern Time) as the deadline by which Ballots for accepting or rejecting the Plan had to be actually received by KCC in order to be counted (the "**Voting Deadline**").[5]

13.     Pursuant to the Disclosure Statement Approval Order, KCC received and tabulated the Ballots submitted by holders of Claims and Interests in the Voting Classes as

---

[5] Pursuant to the Solicitation and Tabulation Procedures, the Voting Deadline was extended by the Debtors to March 7, 2019 for holders of Secured Claims entitled to vote.

follows: (a) each returned Ballot was opened and inspected at KCC's office; (b) each returned Ballot was date-stamped, sorted according to its Class, and scanned into the CaseView system; (c) each Ballot received on or before the Voting Deadline was entered into the CaseView system and tabulated in accordance with the tabulation rules outlined in the Disclosure Statement Approval Order.

14. The final voting results with respect to the Voting Classes for the Plan, which includes a breakdown of the voting results both on an aggregate basis and on an individual Debtor basis, is attached as Exhibit A.

15. Attached hereto as Exhibit B is a detailed voting report of all Voting Classes showing all timely and properly completed Ballots tabulated by KCC.

16. Attached hereto as Exhibit C is a detailed report of Ballots not included in tabulation because they did not satisfy the requirements for a valid Ballot as set forth in the Disclosure Statement Approval Order for the reasons described therein.

### C. Conclusion

17. To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true. The Ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

DATED: March 13, 2019

El Segundo, California

P. Joseph Morrow IV
Kurtzman Carson Consultants LLC

# Exhibit A

**Exhibit A**
**Consolidated Summary of Voting Classes**

| Class | Class Description | Total Members in Class | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Amount Accepted | Amount Rejected | Amount Abstained | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Existing Citi Tanker Secured Claims | 2 | 2 | 0 | 0 | 100% | 0% | $93,195,813.94 | $0.00 | $0.00 | 100% | 0% |
| 3 | Existing Commerzbank I Secured Claims | 6 | 6 | 0 | 0 | 100% | 0% | $154,820,960.16 | $0.00 | $0.00 | 100% | 0% |
| 4 | Existing Commerzbank II Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $25,336,628.88 | $0.00 | $0.00 | 100% | 0% |
| 5 | Existing Credit Agricole Tanker Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $25,903,408.45 | $0.00 | $0.00 | 100% | 0% |
| 6 | Existing NBG Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $28,712,671.23 | $0.00 | $0.00 | 100% | 0% |
| 7 | Existing DNB Tanker Secured Claims | 12 | 8 | 0 | 1 | 100% | 0% | $161,027,326.82 | $0.00 | $26,962,718.88 | 100% | 0% |
| 13 | Existing Danish Ship Offshore Guarantee Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $63,519,266.73 | $0.00 | $0.00 | 100% | 0% |
| 14 | Existing Citizens I Secured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 15 | Existing Citi Offshore Secured Claims | 3 | 2 | 0 | 0 | 100% | 0% | $30,335,870.00 | $0.00 | $0.00 | 100% | 0% |
| 16 | Existing Citizens II Secured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 17 | Existing Commonwealth Bank of Australia Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $22,439,842.89 | $0.00 | $0.00 | 100% | 0% |
| 18 | Existing DNB Offshore Secured Claims | 3 | 2 | 0 | 0 | 100% | 0% | $58,880,675.04 | $0.00 | $0.00 | 100% | 0% |
| 19 | Existing ING Offshore Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $42,576,803.99 | $0.00 | $0.00 | 100% | 0% |
| 20 | Existing Wells Fargo Secured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 21 | Existing BNP Secured Claims | 3 | 2 | 0 | 0 | 100% | 0% | $35,401,078.00 | $0.00 | $0.00 | 100% | 0% |
| 22 | Existing Credit Agricole Offshore Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $45,637,372.36 | $0.00 | $0.00 | 100% | 0% |
| 23 | Existing Danish Ship Offshore Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $63,519,266.73 | $0.00 | $0.00 | 100% | 0% |
| 24 | Existing DVB Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $73,786,622.67 | $0.00 | $0.00 | 100% | 0% |
| 25 | Newbuild Tanker Credit Facility Secured Claims | 2 | 1 | 0 | 0 | 100% | 0% | $7,903,088.24 | $0.00 | $0.00 | 100% | 0% |
| 26 | G550 Airplane Credit Facility Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 29 | General Unsecured Claims | 26 | 0 | 1 | 2 | 0% | 100% | $0.00 | $7,334,451.87 | $110,679.46 | 0% | 100% |
| 30 | Personal Injury Claims | 24 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |

In re Toisa Limited, et al.
Case No. 17-10184 (SCC)

Page 1 of 1

| Class | Class Description | Total Members in Class by Debtor | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Amount Accepted | Amount Rejected | Amount Abstained | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Edgewater Offshore Shipping, Ltd.** | | | | | | | | | | | | |
| 29 | General Unsecured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Toisa Horizon, Inc.** | | | | | | | | | | | | |
| 29 | General Unsecured Claims | 2 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Toisa Limited** | | | | | | | | | | | | |
| 14 | Existing Citizens I Secured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 15 | Existing Citi Offshore Secured Claims | 3 | 2 | 0 | 0 | 100% | 0% | $30,335,870.00 | $0.00 | $0.00 | 100% | 0% |
| 16 | Existing Citizens II Secured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 17 | Existing Commonwealth Bank of Australia Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $22,439,842.89 | $0.00 | $0.00 | 100% | 0% |
| 18 | Existing DNB Offshore Secured Claims | 3 | 2 | 0 | 0 | 100% | 0% | $58,880,675.04 | $0.00 | $0.00 | 100% | 0% |
| 19 | Existing ING Offshore Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $42,576,803.99 | $0.00 | $0.00 | 100% | 0% |
| 20 | Existing Wells Fargo Secured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 21 | Existing BNP Secured Claims | 3 | 2 | 0 | 0 | 100% | 0% | $35,401,078.00 | $0.00 | $0.00 | 100% | 0% |
| 22 | Existing Credit Agricole Offshore Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $45,637,372.36 | $0.00 | $0.00 | 100% | 0% |
| 23 | Existing Danish Ship Offshore Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $63,519,266.73 | $0.00 | $0.00 | 100% | 0% |
| 24 | Existing DVB Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $73,786,622.67 | $0.00 | $0.00 | 100% | 0% |
| 25 | Newbuild Tanker Credit Facility Secured Claims | 2 | 1 | 0 | 0 | 100% | 0% | $7,903,088.24 | $0.00 | $0.00 | 100% | 0% |
| 26 | G550 Airplane Credit Facility Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 29 | General Unsecured Claims | 16 | 0 | 1 | 1 | 0% | 100% | $0.00 | $7,334,451.87 | $110,678.46 | 0% | 100% |
| 30 | Personal Injury Claims | 2 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade and Transport Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Industrial Development Corporation** | | | | | | | | | | | | |
| 5 | Existing Credit Agricole Tanker Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $25,903,408.45 | $0.00 | $0.00 | 100% | 0% |
| 29 | General Unsecured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Prosperity, Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Quest, Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Resource, Inc.** | | | | | | | | | | | | |
| 29 | General Unsecured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Sky, Inc.** | | | | | | | | | | | | |
| 6 | Existing NBG Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $28,712,671.23 | $0.00 | $0.00 | 100% | 0% |
| 29 | General Unsecured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Spirit, Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |

In re Toisa Limited, et al.
Case No. 17-10184 (SCC)

Page 1 of 2

| Class | Class Description | Total Members in Class by Debtor | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Amount Accepted | Amount Rejected | Amount Abstained | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Unity, Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Vision, Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **Trade Will, Inc.** | | | | | | | | | | | | |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Ambassador, Inc.** | | | | | | | | | | | | |
| 3 | Existing Commerzbank I Secured Claims | 2 | 2 | 0 | 0 | 100% | 0% | $51,606,986.72 | $0.00 | $0.00 | 100% | 0% |
| 29 | General Unsecured Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 30 | Personal Injury Claims | 2 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Banner, Inc.** | | | | | | | | | | | | |
| 3 | Existing Commerzbank I Secured Claims | 2 | 2 | 0 | 0 | 100% | 0% | $51,606,986.72 | $0.00 | $0.00 | 100% | 0% |
| 29 | General Unsecured Claims | 2 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Courage, Inc.** | | | | | | | | | | | | |
| 3 | Existing Commerzbank I Secured Claims | 2 | 2 | 0 | 0 | 100% | 0% | $51,606,986.72 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Dynamic, Inc.** | | | | | | | | | | | | |
| 7 | Existing DNB Tanker Secured Claims | 4 | 3 | 0 | 0 | 100% | 0% | $61,941,023.12 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Emblem, Inc.** | | | | | | | | | | | | |
| 7 | Existing DNB Tanker Secured Claims | 4 | 3 | 0 | 0 | 100% | 0% | $63,040,211.16 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Honor, Inc.** | | | | | | | | | | | | |
| 4 | Existing Commerzbank II Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $25,336,628.88 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Ideal, Inc.** | | | | | | | | | | | | |
| 7 | Existing DNB Tanker Secured Claims | 4 | 2 | 0 | 1 | 100% | 0% | $36,046,092.54 | $0.00 | $26,962,718.88 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Journey, Inc.** | | | | | | | | | | | | |
| 2 | Existing Citi Tanker Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $46,597,906.97 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Kalavryta, Inc.** | | | | | | | | | | | | |
| 29 | General Unsecured Claims | 1 | 0 | 0 | 1 | N/A | N/A | $0.00 | $0.00 | $1.00 | N/A | N/A |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Leadership Inc.** | | | | | | | | | | | | |
| 13 | Existing Danish Ship Offshore Guarantee Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $63,519,266.73 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |
| **United Seas Inc.** | | | | | | | | | | | | |
| 2 | Existing Citi Tanker Secured Claims | 1 | 1 | 0 | 0 | 100% | 0% | $46,597,906.97 | $0.00 | $0.00 | 100% | 0% |
| 30 | Personal Injury Claims | 1 | 0 | 0 | 0 | N/A | N/A | $0.00 | $0.00 | $0.00 | N/A | N/A |

In re Toisa Limited, et al.
Case No. 17-10184 (SCC)

Page 2 of 2

# Exhibit B

Exhibit B
Tabulated Ballots

| Ballot No. | Date Filed | Class | Class Description | Name | Voting Amount | Vote | Release Opt-Out | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 26 | 03/08/2019 | 2 | Existing Citi Tanker Secured Claims | Citibank, N.A., London Branch | $46,597,906.97 | Accept | N/A | United Journey, Inc. |
| 27 | 03/08/2019 | 2 | Existing Citi Tanker Secured Claims | Citibank, N.A., London Branch | $46,597,906.97 | Accept | N/A | United Seas Inc. |
| 17 | 03/08/2019 | 3 | Existing Commerzbank I Secured Claims | Commerzbank AG | $34,404,658.50 | Accept | N/A | United Ambassador, Inc. |
| 25 | 03/08/2019 | 3 | Existing Commerzbank I Secured Claims | Commerzbank AG | $34,404,658.50 | Accept | N/A | United Banner, Inc. |
| 20 | 03/08/2019 | 3 | Existing Commerzbank I Secured Claims | Commerzbank AG | $34,404,658.50 | Accept | N/A | United Courage, Inc. |
| 23 | 03/08/2019 | 3 | Existing Commerzbank I Secured Claims | UniCredit Bank AG | $17,202,328.22 | Accept | N/A | United Ambassador, Inc. |
| 15 | 03/08/2019 | 3 | Existing Commerzbank I Secured Claims | UniCredit Bank AG | $17,202,328.22 | Accept | N/A | United Banner, Inc. |
| 22 | 03/08/2019 | 3 | Existing Commerzbank I Secured Claims | UniCredit Bank AG | $17,202,328.22 | Accept | N/A | United Courage, Inc. |
| 13 | 03/08/2019 | 4 | Existing Commerzbank II Secured Claims | Commerzbank AG | $25,336,628.88 | Accept | N/A | United Honor, Inc. |
| 34 | 03/08/2019 | 5 | Existing Credit Agricole Tanker Secured Claims | Credit Agricole | $25,903,408.45 | Accept | N/A | Trade Industrial Development Corporation |
| 36 | 03/08/2019 | 6 | Existing NBG Secured Claims | National Bank of Greece S.A. | $28,712,671.23 | Accept | N/A | Trade Sky, Inc. |
| 31 | 03/08/2019 | 7 | Existing DNB Tanker Secured Claims | DNB (UK) Limited | $29,697,648.20 | Accept | N/A | United Dynamic, Inc. |
| 32 | 03/08/2019 | 7 | Existing DNB Tanker Secured Claims | DNB (UK) Limited | $29,697,648.20 | Accept | N/A | United Emblem, Inc. |
| 33 | 03/08/2019 | 7 | Existing DNB Tanker Secured Claims | DNB (UK) Limited | $29,697,648.20 | Accept | N/A | United Ideal, Inc. |
| 5 | 02/28/2019 | 7 | Existing DNB Tanker Secured Claims | HSH Nordbank AG | $5,280,656.04 | Accept | N/A | United Dynamic, Inc. |
| 2 | 02/28/2019 | 7 | Existing DNB Tanker Secured Claims | HSH Nordbank AG | $6,379,844.08 | Accept | N/A | United Emblem, Inc. |
| 3 | 02/28/2019 | 7 | Existing DNB Tanker Secured Claims | HSH Nordbank AG | $6,348,444.34 | Accept | N/A | United Ideal, Inc. |
| 9 | 03/06/2019 | 7 | Existing DNB Tanker Secured Claims | RBS | $26,962,718.88 | Accept | N/A | United Dynamic, Inc. |
| 10 | 03/06/2019 | 7 | Existing DNB Tanker Secured Claims | RBS | $26,962,718.88 | Accept | N/A | United Emblem, Inc. |
| 11 | 03/08/2019 | 13 | Existing Danish Ship Offshore Guarantee Secured Claims | Danish Ship Finance | $63,519,266.73 | Accept | N/A | United Leadership Inc. |
| 28 | 03/08/2019 | 15 | Existing Citi Offshore Secured Claims | Citibank, N.A., London Branch | $15,167,935.00 | Accept | N/A | Toisa Limited |
| 19 | 03/08/2019 | 15 | Existing Citi Offshore Secured Claims | ING Bank N.V., London Branch | $15,167,935.00 | Accept | N/A | Toisa Limited |
| 7 | 03/05/2019 | 17 | Existing Commonwealth Bank of Australia Secured Claims | Commonwealth Bank of Australia | $22,439,842.89 | Accept | N/A | Toisa Limited |
| 30 | 03/08/2019 | 18 | Existing DNB Offshore Secured Claims | DNB (UK) Limited | $29,445,337.52 | Accept | N/A | Toisa Limited |
| 24 | 03/08/2019 | 18 | Existing DNB Offshore Secured Claims | UniCredit Bank AG | $29,435,337.52 | Accept | N/A | Toisa Limited |
| 16 | 03/08/2019 | 19 | Existing ING Offshore Secured Claims | ING Bank N.V., London Branch | $42,576,803.99 | Accept | N/A | Toisa Limited |
| 18 | 03/08/2019 | 21 | Existing BNP Secured Claims | Commerzbank AG | $17,700,539.00 | Accept | N/A | Toisa Limited |
| 21 | 03/08/2019 | 21 | Existing BNP Secured Claims | UniCredit Bank AG | $17,700,539.00 | Accept | N/A | Toisa Limited |
| 35 | 03/08/2019 | 22 | Existing Credit Agricole Offshore Secured Claims | Credit Agricole | $45,637,372.36 | Accept | N/A | Toisa Limited |
| 12 | 03/08/2019 | 23 | Existing Danish Ship Offshore Secured Claims | Danish Ship Finance | $63,519,266.73 | Accept | N/A | Toisa Limited |
| 14 | 03/08/2019 | 24 | Existing DVB Secured Claims | DVB Bank America N.V. | $73,786,622.67 | Accept | N/A | Toisa Limited |
| 29 | 03/08/2019 | 25 | Newbuild Tanker Credit Facility Secured Claims | Citibank, N.A., London Branch | $7,903,088.24 | Accept | N/A | Toisa Limited |

In re Toisa Limited, et al.
Case No. 17-10184 (SCC)

Page 1 of 2

**Exhibit B**
**Tabulated Ballots**

| Ballot No. | Date Filed | Class | Class Description | Name | Voting Amount | Vote | Release Opt-Out | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 6 | 03/01/2019 | 29 | General Unsecured Claims | Banco Nacional de Desenvolvimento Economico e Social - BNDES | $7,334,451.87 | Reject | Yes | Toisa Limited |

In re Toisa Limited, et al.
Case No. 17-10184 (SCC)

Page 2 of 2

# Exhibit C

**Exhibit 6**
**Non-Tabulated Ballots**

| Ballot No. | Date Filed | Class | Class Description | Name | Voting Amount | Unacceptable Reason | Release Opt-Out | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 8 | 03/06/2019 | 7 | Existing DNB Tanker Secured Claims | RBS | $26,962,718.88 | Abstained | No | United Ideal, Inc. |
| 1 | 02/14/2019 | 29 | General Unsecured Claims | Fearnley Offshore Supply Pte Ltd | $110,678.46 | Abstained | No | Toisa Limited |
| 4 | 02/28/2019 | 29 | General Unsecured Claims | Hellenic Petroleum Group | $1.00 | Pending Objection to Claim | N/A | United Kalavryta, Inc. |

In re Toisa Limited, et al.
Case No. 17-10184 (SCC)

Page 1 of 1