TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore
Lauren L. Peacock
Edward D. Wu

*Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
In re:                               :    Chapter 11
:
TOISA LIMITED, *et al.*,             :    Case No. 17-10184 (SCC)
:
:
Debtors.[1]                          :    (Jointly Administered)
:
------------------------------------- x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 14, 2019 AT 11:00 A.M.**

Time and Date of Hearing:   March 14, 2019 at 11:00 a.m. (Prevailing Eastern Time)

Location of Hearing:        Judge Shelley C. Chapman, Courtroom 623,
                            One Bowling Green, New York, NY 10007

Copies of Filings:          A copy of the filings can be viewed on the Court's website
                            at www.ecf.nysb.uscourts.gov and at the website
                            maintained by the Debtors' claims and noticing agent at
                            www.kccllc.net/toisa

---

[1] The Debtors are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

**I.   STATUS REPORT:**

1. Debtors' Counsel to provide status report on Chapter 11 Cases.

**II.  CONTESTED MATTERS:**

2. Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1111].

    Related Documents:

    a. First Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 980].

    b. Disclosure Statement for the First Amended Joint Plan of Liquidation for Toisa Limited and Certain of Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 981].

    c. Order Approving (I) the Disclosure Statement For the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates; (II) the Form and Manner of the Disclosure Statement Hearing Notice; (III) Certain Key Dates Relating to Confirmation of the Plan; (IV) Procedures for Solicitation; (V) Forms of Ballots and Notices; (VI) Procedures for Tabulation of Votes; and (VII) Procedures for Notice of the Confirmation Hearing and Objections to Confirmation of the Plan [Dkt. No. 1027].

    d. Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1028].

    e. Disclosure Statement for the Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1029].

    f. Certifications of Publication of Notice of Hearing to Consider Confirmation of, and Deadline for Objection to, the Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1065].

    g. Plan Supplement in Connection with the Debtors' Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1078].

h.     First Amended Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1087].

i.     Notice of Filing of Blackline of First Amended Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1088].

j.     Notice of Filing of Blackline of Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1112].

k.     Notice of Filing of Exhibit 1 and 2 to the Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1113].

l.     Debtors' Memorandum of Law in Support of Confirmation of Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1114].

m.     Declaration of Jonathan Mitchell in Support of Confirmation of Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1115].

n.     Declaration of Jamie O'Connell in Support of Confirmation of Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1116]

o.     Certification of P. Joseph Morrow IV with Respect to the Tabulation of Votes on the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 1117].

p.     Supplemental Notice of Filing of Plan Supplement in Connection with the Debtors' Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [**Dkt. No. TBD**].

    q.    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [**Dkt. No. TBD**].

Responses/Replies Filed:

    a.    Objection of the United States Trustee to the Solicitation Version of the Second Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code dated March 19, 2019 [Dkt. No. 1093].

Objection Deadline:    March 14, 2019 at 11:00 a.m.

Status:    This matter is going forward.

## III. RESOLVED MATTERS:

3. Motion of Ioannis N. Pelagidis Pursuant to Section 362 of The Bankruptcy Code, for an Order Modifying Automatic Stay to Allow Personal Injury Action to be Commenced and Proceed To Judgment [Dkt. No. 260].

    Objection Deadline:    November 22, 2017 at 4:00 p.m.

    Responses/Replies Filed:

    a.    Debtors' Objection to the Motion of Ioannis N. Pelagidis Pursuant to Section 362 of The Bankruptcy Code, for an Order Modifying Automatic Stay to Allow Personal Injury Action to be Commenced and Proceed To Judgment [Dkt. No. 382].

*"Concluded on following page"*

<u>Related Documents</u>:

        a.    Notice of Adjournment of Motion of Ioannis N. Pelagidis Pursuant to Section 362 of The Bankruptcy Code, for an Order Modifying Automatic Stay to Allow Personal Injury Action to be Commenced and Proceed To Judgment [Dkt. No. 1024].

    <u>Status</u>:    This matter has been settled subject to the parties stipulation being finalized and approved by the Court.

Dated: New York, New York
       March 13, 2019

    TOISA LIMITED, *et al.*,
*Debtors and Debtors in Possession*
By Their Counsel
TOGUT, SEGAL & SEGAL LLP,
By:

*/s/Frank A. Oswald*
FRANK A. OSWALD
BRIAN F. MOORE
LAUREN L. PEACOCK
EDWARD D. WU
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000