TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :    Chapter 11
                                   :
TOISA LIMITED, *et al.*,           :    Case No. 17-10184 (SCC)
                                   :
                                   :
            Debtors[1].            :    (Jointly Administered)
                                   :
---------------------------------- x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MARCH 28, 2019 AT 11:00 A.M.**

| | |
|---|---|
| Time and Date of Hearing: | March 28, 2019 at 11:00 a.m. (Prevailing Eastern Time) |
| Location of Hearing: | Judge Shelley C. Chapman, Courtroom 623, One Bowling Green, New York, NY 10007 |
| Copies of Filings: | A copy of the filings can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at the website maintained by the Debtors' claims and noticing agent at www.kccllc.net/toisa |

---

[1] The Debtors are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

**I.   STATUS REPORT:**

1. Debtors' Counsel to provide status report on Chapter 11 Cases.

**II.   UNCONTESTED MATTERS:**

2. Debtors' First Omnibus Objection to Claims (No-Liability Claims) [Dkt. No. 1074].

    Objection Deadline:   March 21, 2018 at 4:00 p.m.

    Responses/Replies Filed:   None.

    Related Documents:

    a.   Affidavit of Service [Dkt. No. 1104].

    b.   Notice of Adjournment of Hearing on Debtors' Objection to Claim No. 105 Filed by Hellenic Petroleum Group [Dkt. No. 1146].

    Status:   The hearing on Claim No. 105 filed by Hellenic Petroleum Group has been adjourned on consent to May 7, 2019. This matter is going forward with regard to the balance of claims subject to the Debtors' objection.

3. Debtors' Second Omnibus Objection to Claims (No-Liability Claims) [Dkt. No. 1075].

    Objection Deadline:   March 21, 2018 at 4:00 p.m.

    Responses/Replies Filed:   None.

    Related Documents:

    a.   Affidavit of Service [Dkt. No. 1104].

    b.   Notice of Adjournment of Hearing on Debtors' Objection to Claim Nos. 25 and 117 filed by the City of New York Department of Finance [Dkt. No. 1145].

    Status:   The hearing on Claim Nos. 25 & 117 filed by the City of New York Department of Finance has been adjourned on consent to May 7, 2019. This matter is going forward with regard to the balance of claims subject to the Debtors' Objection.

4. Debtors' Third Omnibus Objection to Claims (No-Liability Claims) [Dkt. No. 1076].

    Objection Deadline:    March 21, 2018 at 4:00 p.m.

    Responses/Replies Filed:   None.

    Related Documents:

        a.    Affidavit of Service [Dkt. No. 1104].

    Status:    This matter is going forward.

### III. FEE APPLICATIONS:

5. Third Application of Blank Rome LLP as Special Tax and Maritime Counsel for the Debtors for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2018 through December 31, 2018 [Dkt. No. 1097].

    Objection Deadline:    March 21, 2019 at 4:00 p.m.

    Responses/Replies Filed:   None.

    Related Documents:

        a.    Notice of Hearing to Consider Interim Applications for an Allowance of Compensation for Professionals for Services Rendered for the Period September 1, 2018 through December 31, 2018 and for Reimbursement of Expenses [Dkt. No. 1101].

        b.    Affidavit of Service [Dkt. No. 1128].

    Status:    This matter is going forward.

6. Fifth Interim Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-In-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of September 1, 2018 through December 31, 2018 [Dkt. No. 1098].

    Objection Deadline:    March 21, 2019 at 4:00 p.m.

    Responses/Replies Filed:   None.

<u>Related Documents</u>:

    a.    Notice of Hearing to Consider Interim Applications for an Allowance of Compensation for Professionals for Services Rendered for the Period September 1, 2018 through December 31, 2018 and for Reimbursement of Expenses [Dkt. No. 1101].

    b.    Affidavit of Service [Dkt. No. 1128].

<u>Status</u>:    This matter is going forward.

7. Second Application of Reed Smith LLP as English Law Counsel for the Debtors for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2018 through December 31, 2018 [Dkt. No. 1099].

    <u>Objection Deadline</u>:    March 21, 2019 at 4:00 p.m.

    <u>Responses/Replies Filed</u>:    None.

    <u>Related Documents</u>:

    a.    Notice of Hearing to Consider Interim Applications for an Allowance of Compensation for Professionals for Services Rendered for the Period September 1, 2018 through December 31, 2018 and for Reimbursement of Expenses [Dkt. No. 1101].

    b.    Affidavit of Service [Dkt. No. 1128].

    <u>Status</u>:    This matter is going forward.

8. Sixth Application of Togut, Segal & Segal LLP as Counsel for the Debtors for Interim Allowance of Compensation for Professional Services Rendered and For Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2018 through December 31, 2018 [Dkt. No. 1110].

    <u>Objection Deadline</u>:    March 21, 2019 at 4:00 p.m.

Responses/Replies Filed:   None.

Related Documents:

    a.    Notice of Hearing to Consider Interim Applications for an Allowance of Compensation for Professionals for Services Rendered for the Period September 1, 2018 through December 31, 2018 and for Reimbursement of Expenses [Dkt. No. 1101].

    b.    Affidavit of Service [Dkt. No. 1128].

Status:   This matter is going forward.

Dated: New York, New York
March 27, 2019

           TOISA LIMITED, *et al.*,
           *Debtors and Debtors in Possession*
           By Their Counsel
           TOGUT, SEGAL & SEGAL LLP,
           By:

           */s/ Brian F. Moore*
           FRANK A. OSWALD
           BRIAN F. MOORE
           One Penn Plaza, Suite 3335
           New York, New York  10119
           (212) 594-5000