TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York  10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore
Lauren L. Peacock
Edward D. Wu

*Counsel to the Debtors and*
*Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                           :

In re:                              :    Chapter 11
                                          :

TOISA LIMITED, *et al.*,          :    Case No. 17-10184 (SCC)
                                          :

                    Debtors.[1]    :    (Jointly Administered)
                                          :
----------------------------------------------------------x

## NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE OF THIRD AMENDED JOINT PLAN OF LIQUIDATION FOR TOISA LIMITED AND CERTAIN OF ITS AFFILIATES;  (II) LAST DAY TO FILE (A) ADMINISTRATIVE EXPENSE CLAIMS ARISING AS OF JANUARY 1, 2019 THROUGH MARCH 29, 2019 AND (B) CONTRACT REJECTION CLAIMS

       **PLEASE TAKE NOTICE** that on March 15, 2019, the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") entered an order [Docket No. 1126] (the "<u>Confirmation Order</u>") confirming the *Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code,* dated March 12, 2019 [Docket No. 1111] (the "<u>Plan</u>"),[2] for Toisa Limited and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>").

---

[1]    The Debtors in these Chapter 11 Cases are as follows:  Trade Prosperity, Inc.;  Toisa Limited;  United Courage, Inc.;  Trade Vision, Inc.;  United Journey, Inc.;  United Kalavryta, Inc.;  Trade Sky, Inc.;  Trade Industrial Development Corporation;  United Honor, Inc.;  Trade Will, Inc.;  United Leadership Inc.;  United Seas, Inc.;  United Dynamic, Inc.;  United Emblem, Inc.;  United Ideal Inc.;  Trade Unity, Inc.;  Trade Quest, Inc.;  Trade Spirit, Inc.;  Trade Resource, Inc.;  United Ambassador, Inc.;  Edgewater Offshore Shipping, Ltd.;  United Banner, Inc.;  Toisa Horizon, Inc.;  and Trade and Transport Inc.

[2]    All capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan became effective on March 29, 2019 (the "<u>Effective Date</u>").

### <u>Professionals' Final Applications for Pre-Effective Date Compensation</u>

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, each Professional (including (a) any professional employed by the Debtors or the Creditors' Committee in these Chapter 11 Cases pursuant to sections 327, 328, 363, or 1103 of the Bankruptcy Code or otherwise and (b) any professional or other entity seeking compensation or reimbursement of expenses in connection with the Chapter 11 Cases pursuant to section 503(b)(4) of the Bankruptcy Code) must file with the Court their final fee applications seeking approval of all Professional Fee Claims **by no later than April 29, 2019**.

### <u>Post January 1, 2019 Administrative Claim Bar Date</u>

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, **each Holder of an Administrative Claim that arose on or after January 1, 2019 through and including the Effective Date is required to file and serve a proof of Administrative Claim so that it is received no later than April 29, 2019**. A proof of Administrative Claim form is available at www.kccllc.net/toisa. Delivery of the proof of Administrative Claim must be made to Kurtzman Carson Consultants LLC, the Debtors' claims and Notice Agent ("<u>KCC</u>") by U.S. Postal Service mail or overnight delivery to KCC, 2335 Alaska Ave., El Segundo, California 90245 (Attn: Toisa Limited, *et al.*) by April 29, 2019. **Any proof of Administrative Claim sent in any other manner, including by facsimile, telecopy, or electronic mail transmission, shall not be accepted. Any request for payment of an Administrative Claim that is not timely filed in the manner set forth above shall be forever barred, and Holders of such Administrative Claims shall not be able to assert such Claims in any manner against the Debtors, Post-Effective Toisa, the Estates, the Plan Administrator or any of the foregoing parties' accountants, advisors, agents, attorneys, consultants, directors, employees, members, officers, representatives, or Professionals.**

### <u>Contracts Rejection Claims Bar Date</u>

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, **Proofs of Claim based upon the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan must be filed and served so that they are received by the Debtors and KCC no later than April 29, 2019**. A Proof of Claim form is available at www.kccllc.net/toisa. Delivery of the Proof of Claim must be made by U.S. Postal Service mail or overnight delivery to KCC, 2335 Alaska Ave., El Segundo, California 90245 (Attn: Toisa Limited, *et al.*) by April 29, 2019. *Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors, the Plan Administrator, the Estates, Post-Effective*

*Toisa or any of the foregoing parties' accountants, advisors, agents, attorneys, consultants, directors, employees, members, officers, representatives, or Professionals.*

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on, among others, the Debtors, Post-Effective Toisa, any Holder of a Claim against or Interest in the Debtors, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents are available on the Bankruptcy Court's website at http://www.nysb.uscourts.gov. To access the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. Copies may also be obtained by request to KCC at (888) 830-4662 (domestic) or (310) 751-2646 (international), or by email at Toisainfo@kccllc.com, and are available for download at http://www.kccllc.net/toisa.

Dated:   New York, New York
　　　　March 29, 2019

　　　　　　　　　　　　　　　TOISA LIMITED, *et al.*,
　　　　　　　　　　　　　　　By Their Attorneys
　　　　　　　　　　　　　　　TOGUT, SEGAL & SEGAL LLP
　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　*/s/Frank A. Oswald*
　　　　　　　　　　　　　　　FRANK A. OSWALD
　　　　　　　　　　　　　　　BRIAN F. MOORE
　　　　　　　　　　　　　　　LAUREN L. PEACOCK
　　　　　　　　　　　　　　　EDWARD D. WU
　　　　　　　　　　　　　　　One Penn Plaza, Suite 3335
　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　(212) 594-5000