UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :   Chapter 11
                                   :
TOISA LIMITED, *et al.*,           :   Case No. 17-10184 (SCC)
                                   :
                                   :
         Post-Confirmation Debtors.[1] :   (Jointly Administered)
                                   :
---------------------------------- x

**FINAL DECREE AND ORDER AUTHORIZING CLOSING OF
CHAPTER 11 CASES FOR EACH OF THE AFFILIATED DEBTORS**

Pursuant to paragraph 53 subparagraph (iii) of the Confirmation Order, dated March 15, 2019 [Dkt. No. 1126], confirming the *Third Amended Joint Plan of Liquidation for Toisa Limited and Certain of its Affiliates Pursuant to Chapter 11 of the Bankruptcy Code,* dated March 12, 2019 [Docket No. 1111] (the "Plan"), a final decree shall be deemed entered for each of the Affiliated Debtors[2], and each of their Chapter 11 cases shall be deemed closed as of the Effective Date (as defined in the Plan), without the need for further notice or order of the Court; and notice of a proposed form of *Final Decree and Order Authorizing Closing of Chapter 11 Cases for Each of the Affiliated Debtors* having been filed with the Court on March 27, 2019 [Dkt. No. 1148]; and the Effective Date having occurred on March 29, 2019; and a *Notice of (I) Occurrence of Effective Date of Third Amended Joint Plan of Liquidation For Toisa Limited*

---

[1]  The Post-Confirmation Debtors are as follows: Trade Prosperity, Inc.; Toisa Limited; United Courage, Inc.; Trade Vision, Inc.; United Journey, Inc.; United Kalavryta, Inc.; Trade Sky, Inc.; Trade Industrial Development Corporation; United Honor, Inc.; Trade Will, Inc.; United Leadership Inc.; United Seas, Inc.; United Dynamic, Inc.; United Emblem, Inc.; United Ideal Inc.; Trade Unity, Inc.; Trade Quest, Inc.; Trade Spirit, Inc.; Trade Resource, Inc.; United Ambassador, Inc.; Edgewater Offshore Shipping, Ltd.; United Banner, Inc.; Toisa Horizon, Inc.; and Trade and Transport Inc.

[2]  The Affiliated Debtors are all of the Post-Confirmation Debtors other than Toisa Limited. Each Affiliated Debtor's case number is included in Exhibit "A" hereto.

*and Certain of Its Affiliates; (II) Last Day to File (A) Administrative Expense Claims Arising as of January 1, 2019 through March 31, 2019 and (B) Contract Rejection Claims* having been filed with the Court on March 29, 2019 [Dkt. No.1156]; and no further notice being required, and good and sufficient cause appearing therefor, it is

**ORDERED,** that this Final Decree shall be entered in the Chapter 11 case of each of the Affiliated Debtors annexed hereto on Exhibit A;  and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 350(a), each Chapter 11 case of the Affiliated Debtors shall be deemed closed as of the Effective Date;  and it is further

**ORDERED**, that the Affiliated Debtors shall promptly pay their respective accrued and unpaid U.S. Trustee quarterly fees due through the entry of this Final Decree and provide the U.S. Trustee with the appropriate disbursement information to confirm the calculation of such fees;  and it is further

**ORDERED**, that this Court shall continue to retain jurisdiction over the Post-Confirmation Debtors for the purposes set forth in the Confirmation Order and the Plan.

Dated:   New York, New York
         March 29, 2019

                                           /S/ Shelley C. Chapman
                                          HONORABLE SHELLEY C. CHAPMAN
                                          UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "A"

## SCHEDULE OF AFFILIATED DEBTORS

| Name of Debtor: | Case Number: |
|---|---|
| 1- Trade Prosperity, Inc. | 17-10183 |
| 2-United Courage, Inc. | 17-10185 |
| 3-Trade Vision, Inc. | 17-10186 |
| 4-United Journey, Inc. | 17-10187 |
| 5-United Kalavryta, Inc. | 17-10188 |
| 6-Trade Sky, Inc. | 17-10189 |
| 7-Trade Industrial Development Corporation | 17-10190 |
| 8-United Honor, Inc. | 17-10192 |
| 9-Trade Will, Inc. | 17-10193 |
| 10-United Leadership Inc. | 17-10194 |
| 11-United Seas, Inc. | 17-10191 |
| 12-United Dynamic, Inc. | 17-10195 |
| 13-United Emblem, Inc | 17-10196 |
| 14-United Ideal Inc. | 17-10197 |
| 15-Trade Unity, Inc. | 17-10198 |
| 16-Trade Quest, Inc. | 17-10199 |
| 17-Trade Spirit, Inc. | 17-10200 |
| 18-Trade Resource, Inc. | 17-10201 |
| 19- United Ambassador, Inc. | 17-10202 |
| 20-Edgewater Offshore Shipping, Ltd. | 17-10203 |
| 21- United Banner, Inc. | 17-10204 |
| 22-Toisa Horizon, Inc. | 17-10205 |
| 23-Trade and Transport Inc. | 17-10206 |